Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YI FAN CHEN, and FRONTLINE GLOBAL TRADING PTE. LTD., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY,<br><br>Defendants. | No. 3:16-cv-03044-L-MDD<br><br>**MOTION OF ARMANDINO BATALI AND PETER GREENWALD TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. M. James Lorenz<br>Hearing Date: March 20, 2017<br>CTRM:  5B – (5th Floor – Schwartz) |

1

Motion of Armandino Batali and Peter Greenwald To Consolidate Related Actions, For Appointment as Lead Plaintiffs and Approval of Choice of Counsel – No. 3:16-cv-03044-L-MDD

| | |
|---|---|
| JAMES MCLEOD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY,<br><br>Defendants. | No. 3:17-cv-00053-L-MDD<br><br>CLASS ACTION<br><br>JUDGE: Hon. M. James Lorenz<br>Hearing Date: March 20, 2017<br>CTRM: 5B – (5th Floor – Schwartz) |

PLEASE TAKE NOTICE that on Monday, March 20, 2017 before the Honorable M. James Lorenz in Courtroom 5B – (5th Floor – Schwartz), 221 West Broadway, San Diego, CA 92101, Movants Armandino Batali and Peter Greenwald ("Movants"), will, and do move this Court for an order granting their Motion: (1) consolidating the related actions, (2) for appointment of Movants as Lead Plaintiffs of the Class; and (3) for approval of Movants' selection of The Rosen Law Firm, P.A. as Lead Counsel for Plaintiffs and the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) and Federal Rule of Civil Procedure 42(a), on the grounds (1) that the related actions should be consolidated as they involve common questions of law and fact and consolidation would promote judicial economy; (2) that Movants should be appointed as Lead Plaintiffs for the class of all purchasers or acquirers of Illumina,

2

Motion of Armandino Batali and Peter Greenwald To Consolidate Related Actions, For Appointment as Lead Plaintiffs and Approval of Choice of Counsel – No. 3:16-cv-03044-L-MDD

Inc. securities during the period between July 26, 2016 and October 10, 2016, inclusive (the "Class Period"), as Movants have timely made this Motion, have the largest financial interest and otherwise satisfy the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) that Movants' selection of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well qualified and has extensive experience in cases of this type.

In support of this Motion, Movants file herewith a memorandum of points and authorities, the Declaration of Laurence Rosen, and a proposed order.

Dated:  February 14, 2017                Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen, Esq.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

3

Motion of Armandino Batali and Peter Greenwald To Consolidate Related Actions, For Appointment as Lead Plaintiffs and Approval of Choice of Counsel – No. 3:16-cv-03044-L-MDD


**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On February 14, 2017, I electronically filed the following **MOTION OF ARMANDINO BATALI AND PETER GREENWALD TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on February 14, 2017.

                                               /s/ Laurence Rosen
                                               Laurence M. Rosen

4

Motion of Armandino Batali and Peter Greenwald To Consolidate Related Actions, For Appointment as Lead Plaintiffs and Approval of Choice of Counsel – No. 3:16-cv-03044-L-MDD