1  Laurence M. Rosen, Esq. (SBN 219683)
2  **THE ROSEN LAW FIRM, P.A.**
   355 South Grand Avenue, Suite 2450
3  Los Angeles, CA 90071
4  Telephone: (213) 785-2610
   Facsimile: (213) 226-4684
5  Email: lrosen@rosenlegal.com

6
   [Proposed] Lead Counsel for Plaintiffs and Class
7

8                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF CALIFORNIA
9

| YI FAN CHEN, and FRONTLINE GLOBAL TRADING PTE. LTD., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) ) ) | No. 3:16-cv-03044-L-MDD **MOTION OF ARMANDINO BATALI AND PETER GREENWALD TO CONSOLIDATE RELATED ACTIONS, FOR** |
|---|---|---|
| Plaintiffs, | ) ) ) | **APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL** |
| vs. | ) ) ) | |
| ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY, | ) ) ) ) | CLASS ACTION |
| Defendants. | ) ) ) ) ) ) | JUDGE: Hon. M. James Lorenz Hearing Date: March 20, 2017 CTRM: 5B – (5th Floor – Schwartz) |
| | ) ) ) ) ) ) ) ) ) | |

27                                        1
28
   Declaration of Laurence Rosen in Support of Motion of Armandino Batali and Peter Greenwald To Consolidate
   Related Actions, For Appointment as Lead Plaintiffs and Approval of Choice of Counsel – 3:16-cv-03044-L-
   MDD

| | |
|---|---|
| JAMES MCLEOD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY, <br><br> Defendants. | No.  3:17-cv-00053-L-MDD <br><br> CLASS ACTION <br><br> JUDGE: Hon. M. James Lorenz <br> Hearing Date: March 20, 2017 <br> CTRM:  5B – (5th Floor – Schwartz) |

I, Laurence M. Rosen, declare:

1.    I am an attorney duly licensed to practice in the State of California and before this Court.  I am the managing partner of The Rosen Law Firm, P.A., attorneys for Movants Armandino Batali and Peter Greenwald ("Movants"). I make this declaration in support of Movants' motion to consolidate related actions, for appointment as Lead Plaintiffs and approval of Movants' choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following documents:

2

1                 Exhibit 1:    PSLRA Early Notice;

2                 Exhibit 2:    PSLRA certifications of Movants;

3                 Exhibit 3:    Movants' loss chart; and

4                 Exhibit 4:    The firm resume of The Rosen Law Firm, P.A.

5        I declare under penalty of perjury under the laws of the State of California

6 and the United States of America that the foregoing is true and correct.

7 Executed this 14th day of February 2017, at Los Angeles.

8

9                              /s/ Laurence M. Rosen
                               Laurence M. Rosen

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Declaration of Laurence Rosen in Support of Motion of Armandino Batali and Peter Greenwald To Consolidate Related Actions, For Appointment as Lead Plaintiffs and Approval of Choice of Counsel – 3:16-cv-03044-L-MDD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On February 14, 2017, I electronically filed the following **DECLARATION OF LAURENCE ROSEN IN SUPPORT OF MOTION OF ARMANDINO BATALI AND PETER GREENWALD TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 14, 2017.


/s/ Laurence Rosen
Laurence M. Rosen

4

Declaration of Laurence Rosen in Support of Motion of Armandino Batali and Peter Greenwald To Consolidate Related Actions, For Appointment as Lead Plaintiffs and Approval of Choice of Counsel – 3:16-cv-03044-L-MDD