# EXHIBIT 1

MarketWatch

# Glancy Prongay & Murray LLP Files Securities Class Action Lawsuit Against Illumina, Inc.

By
Published: Dec 16, 2016 6:25 p.m. ET

LOS ANGELES, Dec 16, 2016 (BUSINESS WIRE) -- Glancy Prongay & Murray LLP("GPM")announces that it has filed a class action lawsuit in the United States District Court for the Southern District of California on behalf of a class (the "Class") consisting of persons and entities that acquired Illumina, Inc. ("Illumina" or the "Company") (NASDAQ: ILMN) securities between **July 26, 2016 and October 10, 2016**, inclusive (the "Class Period").

If you are a member of the Class described above, you may move the Court no later than **60 days from the date of this notice,** to serve as lead plaintiff. Please contact Lesley Portnoy at 888-773-9224 or 310-201-9150, or at shareholders@glancylaw.com to discuss this matter.

The filed complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and failed to disclose: (1) that the Company was experiencing a large decline in high throughput sequencing instrument sales; (2) that the decline was negatively impacting the Company's revenue; (3) that the Company lacked visibility into trends that could have a substantial impact on the Company's financial results; (4) that, as such, the Company's revenue guidance was unreliable and overstated; and (5) that, as a result of the foregoing, Defendants' positive statements about Illumina's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

If you purchased shares of Illumina during the Class Period you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of Glancy Prongay & Murray LLP, 1925 Century Park East, Suite 2100, Los Angeles, California 90067, at (310) 201-9150, by e-mail to shareholders@glancylaw.com, or visit our website at www.glancylaw.com.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: http://www.businesswire.com/news/home/20161216005832/en/

SOURCE: Glancy Prongay & Murray LLP

Glancy Prongay & Murray LLP, Los Angeles
Lesley Portnoy, 310-201-9150 or 888-773-9224
shareholders@glancylaw.com
www.glancylaw.com

Copyright Business Wire 2016

MarketWatch

Copyright ©2017 MarketWatch, Inc. All rights reserved.

By using this site you agree to the Terms of Service, Privacy Policy, and Cookie Policy.

Intraday Data provided by SIX Financial Information and subject to terms of use. Historical and current end-of-day data provided by SIX Financial Information. Intraday data delayed per exchange requirements. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. All quotes are in local exchange time. Real time last sale data provided by NASDAQ. More information on NASDAQ traded symbols and their current financial status. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. SEHK intraday data is provided by SIX Financial Information and is at least 60-minutes delayed. All quotes are in local exchange time.