# EXHIBIT 3

Illumina, Inc. Loss Chart
from July 26, 2016 through October 10, 2016

| Name | Date Purchased | Qty | Price per share | Total | Date Sold | Qty | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Batali, Armandino | 6/9/2014 | 100 | ($171.35) | ($17,135.00) | 12/2/2016 | 100 | $126.18 | $12,618.00 | 0 | $0.00 | ($4,517.00) |
| Greenwald, Peter | 8/12/2015 | 80 | ($204.20) | ($16,336.00) | | | | | 80 | $10,711.20 | ($5,624.80) |
| Total: | | 180 | | ($33,471.00) | | 100 | | $12,618.00 | 80 | $10,711.20 | ($10,141.80) |

Lookback Price: $133.89