**LEVI & KORSINSKY LLP**
Adam C. McCall (SBN 302130)
Email: amccall@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

-and-

NICHOLAS I. PORRITT (DC:457601; NY)
Email: nporritt@zlk.com
ADAM M. APTON (DC:1017720; NY)
Email: aapton@zlk.com
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
(*pro hac vice to be submitted*)

*Attorneys for Movant Natissisa Enterprise Ltd.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YI FAN CHEN, and FRONTLINE GLOBAL TRADING PTE. LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY,<br><br>Defendants. | No. 3:16-cv-03044-L-MDD<br><br>**NOTICE OF MOTION AND MOTION OF NATISSISA ENTERPRISES LTD. FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |

|   |   |
|---|---|
| JAMES MCLEOD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY,<br><br>　　　　　　　　　　Defendants. | No. 3:17-cv-00053-L-MDD<br><br>Date: March 20, 2017<br><br>NO ORAL ARGUMENT PURSUANT TO LOCAL RULES<br><br>Courtroom: 5B (5th Fl. – Schwartz)<br>Judge: M. James Lorenz |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 20, 2017 or as soon thereafter as the matter can be heard in the courtroom of the Honorable M. James Lorenz, situated at 221 West Broadway, San Diego, CA 92101, Movant ("Movant"), by and through its counsel, will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (i) consolidating the above-captioned actions (ii) appointing Movant as Lead Plaintiff on behalf of all persons that purchased or otherwise acquired Illumina, Inc. ("Illumina" or the "Company") securities; (iii) approving of Movant's counsel as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Movant submits a Memorandum of Points and Authorities, the Declaration of Adam C. McCall and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Movant is the most adequate plaintiff, as defined by the PSLRA, based on its loss of approximately $995,212.56, which was suffered as a result of Defendants' wrongful conduct as alleged in the above-referenced actions. Further, Movant satisfies the

1  requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as its claims
2  are typical of other Class members' claims and he will fairly and adequately
3  represent the interests of the class.

5  Dated: February 14, 2016            Respectfully submitted,

   **LEVI & KORSINSKY LLP**

   s/ *Adam C. McCall*
   Adam C. McCall (SBN 302130)
   445 South Figueroa Street, 31st Floor
   Los Angeles, CA 90071
   Tel: (213) 985-7290
   Email: amccall@zlk.com

   -and-

   Nicholas I. Porritt
   Adam M. Apton
   1101 30th Street NW, Suite 115
   Washington, DC 20007
   Tel: (202) 524-4290
   Fax: (202) 333-2121
   Email: nporritt@zlk.com
   Email: aapton@zlk.com
   (*to be admitted pro hac vice*)

   *Attorneys for Movant Natissisa Enterprises Ltd.*