| | |
|---|---|
| 1 | **LEVI & KORSINSKY LLP** |
| 2 | Adam C. McCall (SBN 302130) |
|   | Email: amccall@zlk.com |
| 3 | 445 South Figueroa Street, 31st Floor |
| 4 | Los Angeles, CA 90071 |
|   | Tel: (213) 985-7290 |
| 5 | |
| 6 | -and- |
| 7 | NICHOLAS I. PORRITT (DC:457601; NY) |
| 8 | Email: nporritt@zlk.com |
|   | ADAM M. APTON (DC:1017720; NY) |
| 9 | Email: aapton@zlk.com |
| 10 | 1101 30th Street NW, Suite 115 |
|   | Washington, DC 20007 |
| 11 | Tel: (202) 524-4290 |
| 12 | Fax: (202) 333-2121 |
|   | (*pro hac vice to be submitted*) |
| 13 | |
| 14 | *Attorneys for Movant Natissisa Enterprises Ltd.* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YI FAN CHEN, and FRONTLINE GLOBAL TRADING PTE. LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY,<br><br>                      Defendants. | No. 3:16-cv-03044-L-MDD<br><br>**DECLARATION OF ADAM C. MCCALL IN SUPPORT OF MOTION OF NATISSISA ENTERPRISES LTD. FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |

|   |   |
|---|---|
| JAMES MCLEOD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY,<br><br>Defendants. | No. 3:17-cv-00053-L-MDD<br><br>Date: March 20, 2017<br><br>NO ORAL ARGUMENT PURSUANT TO LOCAL RULES<br><br>Courtroom: 5B (5th Fl. – Schwartz)<br><br>Judge: M. James Lorenz |

I, ADAM C. MCCALL hereby declare that:

1. I am a member in good standing of the Bar of this Court, and an associate in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Natissisa Enterprises Ltd. ("Movant").

2. I make this Declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the certification signed by Movant.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the loss chart detailing the losses of Movant.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the press release announcing the filing of the above-captioned action, which was filed in this Court on December 16, 2016.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under the penalty of perjury and the laws of the state of California that the foregoing is true to the best of my knowledge.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 14, 2016 | *s/ Adam C. McCall* |
| 3 | | ADAM C. MCCALL |

28    DECLARATION OF ADAM C. MCCALL IN SUPPORT OF MOTION OF NATISSISA ENTERPRISES LTD. FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
Case Nos. 3:16-cv-03044-L-MDD and 3:17-cv-00053-L-MDD