# EXHIBIT 1

Exhibit 1
4

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, Anton Agoshkov, individually and on behalf of the Natissisa Enterprises Ltd. ("Movant/Plaintiff"), for which I am duly authorized to act, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. Movant/Plaintiff has reviewed a complaint filed in this action.

2. Movant/Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Movant/Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Movant/Plaintiff's transaction(s) in Illumina, Inc. securities which are the subject of this litigation during the class period are set forth in the chart attached hereto.

5. During the three years prior to the date of this Certification, Movant/Plaintiff has not participated, nor has sought to participate, as a representative in any class action suit in the United States District Courts under the federal securities laws.

6. Movant/Plaintiff has not received, been promised or offered, and will not accept, any form of compensation, directly or indirectly, for prosecuting or serving as a representative party in this class action, except for: (i) such damages or other relief as the Court may award to me as my pro rata share of any recovery or judgment; (ii) such reasonable fees, costs or other payments as the Court expressly approves to be paid to or on behalf of me; or (iii) reimbursement, paid by my attorneys, of actual or reasonable out-of-pocket expenditures incurred directly in connection with the prosecution of this action.

I hereby certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this 20 day of January 2017.

_____
Anton Agoshkov, individually and on behalf of Natissisa
Enterprises Ltd.

Exhibit 1
5

**Natissisa Enterprises Ltd.**
**Transactions in Illumina, Inc. Securities**
**Class Period: July 26, 2016 and October 10, 2016, inclusive**

| Date of Transaction | Buy (B) or Sell (S) | Quantity | Price ($) |
|---|---|---|---|
| 8/30/2016 | B | 120 | 169.450 |
| 8/30/2016 | B | 100 | 169.450 |
| 8/30/2016 | B | 100 | 169.450 |
| 8/30/2016 | B | 100 | 169.460 |
| 8/30/2016 | B | 100 | 169.460 |
| 8/30/2016 | B | 100 | 169.460 |
| 8/30/2016 | B | 100 | 169.460 |
| 8/30/2016 | B | 280 | 169.460 |
| 8/30/2016 | B | 100 | 169.215 |
| 8/30/2016 | B | 62 | 169.310 |
| 8/30/2016 | B | 100 | 169.310 |
| 8/30/2016 | B | 738 | 169.310 |
| 8/31/2016 | B | 100 | 168.990 |
| 8/31/2016 | B | 1,900 | 169.000 |
| 8/31/2016 | B | 500 | 169.150 |
| 8/31/2016 | B | 100 | 169.150 |
| 8/31/2016 | B | 100 | 169.150 |
| 8/31/2016 | B | 72 | 169.150 |
| 8/31/2016 | B | 41 | 169.150 |
| 8/31/2016 | B | 3,147 | 169.150 |
| 8/31/2016 | B | 50 | 169.150 |
| 8/31/2016 | B | 500 | 169.150 |
| 8/31/2016 | B | 1,400 | 169.150 |
| 8/31/2016 | B | 90 | 169.150 |
| 9/1/2016 | B | 1 | 167.200 |
| 9/1/2016 | B | 199 | 167.200 |
| 9/1/2016 | B | 800 | 167.200 |
| 9/1/2016 | B | 100 | 167.500 |
| 9/1/2016 | B | 100 | 167.590 |
| 9/1/2016 | B | 100 | 167.580 |
| 9/1/2016 | B | 5 | 167.560 |
| 9/1/2016 | B | 100 | 167.580 |
| 9/1/2016 | B | 100 | 167.580 |
| 9/1/2016 | B | 100 | 167.590 |
| 9/1/2016 | B | 100 | 167.580 |
| 9/1/2016 | B | 100 | 167.640 |
| 9/1/2016 | B | 195 | 167.590 |
| 9/1/2016 | B | 100 | 167.590 |
| 9/1/2016 | B | 100 | 167.500 |
| 9/1/2016 | B | 100 | 167.500 |
| 9/1/2016 | B | 100 | 167.580 |
| 9/1/2016 | B | 100 | 167.500 |

Exhibit 1
6

| Date | Type | Quantity | Price |
|---|---|---:|---:|
| 9/1/2016 | B | 100 | 167.580 |
| 9/1/2016 | B | 100 | 167.500 |
| 9/1/2016 | B | 100 | 167.580 |
| 9/1/2016 | B | 100 | 167.560 |
| 9/1/2016 | B | 100 | 167.580 |
| 9/1/2016 | B | 1 | 167.590 |
| 9/1/2016 | B | 6 | 167.590 |
| 9/1/2016 | B | 693 | 167.590 |
| 9/1/2016 | B | 100 | 167.510 |
| 9/1/2016 | B | 100 | 167.590 |
| 9/1/2016 | B | 100 | 167.640 |
| 9/1/2016 | B | 2,000 | 167.560 |
| 9/2/2016 | B | 100 | 169.600 |
| 9/2/2016 | B | 900 | 169.630 |
| 9/2/2016 | B | 100 | 169.535 |
| 9/2/2016 | B | 1,200 | 169.680 |
| 9/2/2016 | B | 52 | 169.670 |
| 9/2/2016 | B | 60 | 169.610 |
| 9/2/2016 | B | 100 | 169.680 |
| 9/2/2016 | B | 100 | 169.700 |
| 9/2/2016 | B | 2 | 169.700 |
| 9/2/2016 | B | 2 | 169.700 |
| 9/2/2016 | B | 200 | 169.700 |
| 9/2/2016 | B | 98 | 169.700 |
| 9/2/2016 | B | 86 | 169.700 |
| 9/6/2016 | B | 100 | 169.770 |
| 9/6/2016 | B | 100 | 169.750 |
| 9/6/2016 | B | 100 | 169.780 |
| 9/6/2016 | B | 100 | 169.780 |
| 9/6/2016 | B | 130 | 169.800 |
| 9/6/2016 | B | 100 | 169.750 |
| 9/6/2016 | B | 70 | 169.850 |
| 9/6/2016 | B | 100 | 169.780 |
| 9/6/2016 | B | 100 | 169.770 |
| 9/6/2016 | B | 50 | 169.800 |
| 9/6/2016 | B | 100 | 169.780 |
| 9/6/2016 | B | 1 | 169.800 |
| 9/6/2016 | B | 1 | 169.790 |
| 9/6/2016 | B | 100 | 169.830 |
| 9/6/2016 | B | 99 | 169.800 |
| 9/6/2016 | B | 300 | 169.850 |
| 9/6/2016 | B | 49 | 169.850 |
| 9/6/2016 | B | 100 | 169.780 |
| 9/6/2016 | B | 100 | 169.800 |
| 9/6/2016 | B | 100 | 169.760 |
| 9/6/2016 | B | 100 | 169.780 |
| 9/6/2016 | B | 100 | 170.230 |

Exhibit 1

7

| Date | | Qty | Price |
|---|---|---:|---:|
| 9/6/2016 | B | 100 | 170.250 |
| 9/6/2016 | B | 100 | 170.230 |
| 9/6/2016 | B | 100 | 170.230 |
| 9/6/2016 | B | 130 | 170.260 |
| 9/6/2016 | B | 300 | 170.290 |
| 9/6/2016 | B | 100 | 170.310 |
| 9/6/2016 | B | 100 | 170.320 |
| 9/6/2016 | B | 100 | 170.340 |
| 9/6/2016 | B | 100 | 170.230 |
| 9/6/2016 | B | 30 | 170.260 |
| 9/6/2016 | B | 100 | 170.230 |
| 9/6/2016 | B | 100 | 170.230 |
| 9/6/2016 | B | 100 | 170.340 |
| 9/6/2016 | B | 100 | 170.340 |
| 9/6/2016 | B | 100 | 170.350 |
| 9/6/2016 | B | 100 | 170.360 |
| 9/6/2016 | B | 100 | 170.340 |
| 9/6/2016 | B | 100 | 170.340 |
| 9/6/2016 | B | 400 | 170.340 |
| 9/6/2016 | B | 100 | 170.340 |
| 9/6/2016 | B | 100 | 170.340 |
| 9/6/2016 | B | 78 | 170.350 |
| 9/6/2016 | B | 100 | 170.350 |
| 9/6/2016 | B | 62 | 170.370 |
| 9/6/2016 | B | 100 | 170.370 |
| 9/7/2016 | B | 100 | 168.940 |
| 9/7/2016 | B | 2 | 168.910 |
| 9/7/2016 | B | 100 | 168.930 |
| 9/7/2016 | B | 100 | 168.920 |
| 9/7/2016 | B | 1 | 168.930 |
| 9/7/2016 | B | 100 | 168.900 |
| 9/7/2016 | B | 50 | 168.910 |
| 9/7/2016 | B | 100 | 168.930 |
| 9/7/2016 | B | 100 | 168.940 |
| 9/7/2016 | B | 100 | 168.960 |
| 9/7/2016 | B | 50 | 168.990 |
| 9/7/2016 | B | 100 | 169.000 |
| 9/7/2016 | B | 100 | 169.000 |
| 9/7/2016 | B | 2 | 169.000 |
| 9/7/2016 | B | 195 | 169.000 |
| 9/7/2016 | B | 37 | 169.000 |
| 9/7/2016 | B | 100 | 169.000 |
| 9/7/2016 | B | 98 | 169.000 |
| 9/7/2016 | B | 12 | 169.000 |
| 9/7/2016 | B | 251 | 169.000 |
| 9/7/2016 | B | 100 | 169.000 |
| 9/7/2016 | B | 15 | 169.000 |

Exhibit 1

8

| Date | Type | Qty | Price |
|---|---|---|---|
| 9/7/2016 | B | 100 | 169.000 |
| 9/7/2016 | B | 87 | 169.000 |
| 9/7/2016 | B | 100 | 169.510 |
| 9/7/2016 | B | 1 | 169.460 |
| 9/7/2016 | B | 2 | 169.470 |
| 9/7/2016 | B | 1 | 169.480 |
| 9/7/2016 | B | 100 | 169.470 |
| 9/7/2016 | B | 40 | 169.450 |
| 9/7/2016 | B | 25 | 169.450 |
| 9/7/2016 | B | 100 | 169.470 |
| 9/7/2016 | B | 100 | 169.470 |
| 9/7/2016 | B | 100 | 169.520 |
| 9/7/2016 | B | 100 | 169.640 |
| 9/7/2016 | B | 100 | 169.620 |
| 9/7/2016 | B | 100 | 169.550 |
| 9/7/2016 | B | 98 | 169.580 |
| 9/7/2016 | B | 100 | 169.610 |
| 9/7/2016 | B | 100 | 169.610 |
| 9/7/2016 | B | 100 | 169.610 |
| 9/7/2016 | B | 100 | 169.820 |
| 9/7/2016 | B | 100 | 169.680 |
| 9/7/2016 | B | 100 | 169.690 |
| 9/7/2016 | B | 100 | 169.710 |
| 9/7/2016 | B | 100 | 169.750 |
| 9/7/2016 | B | 100 | 169.720 |
| 9/7/2016 | B | 100 | 169.680 |
| 9/7/2016 | B | 33 | 169.720 |
| 9/7/2016 | B | 100 | 169.420 |
| 9/7/2016 | B | 100 | 169.370 |
| 9/7/2016 | B | 100 | 169.380 |
| 9/7/2016 | B | 98 | 169.410 |
| 9/7/2016 | B | 1 | 169.360 |
| 9/7/2016 | B | 3 | 169.380 |
| 9/7/2016 | B | 100 | 169.380 |
| 9/7/2016 | B | 1 | 169.380 |
| 9/7/2016 | B | 100 | 169.400 |
| 9/7/2016 | B | 100 | 169.430 |
| 9/7/2016 | B | 100 | 169.500 |
| 9/7/2016 | B | 100 | 169.480 |
| 9/7/2016 | B | 100 | 169.500 |
| 9/7/2016 | B | 100 | 169.480 |
| 9/7/2016 | B | 100 | 169.550 |
| 9/7/2016 | B | 100 | 169.570 |
| 9/7/2016 | B | 100 | 169.580 |
| 9/7/2016 | B | 97 | 169.580 |
| 9/7/2016 | B | 100 | 169.580 |
| 9/7/2016 | B | 100 | 169.580 |

Exhibit 1

9

| | | | |
|---|---|---|---|
| 9/7/2016 | B | 100 | 169.590 |
| 9/7/2016 | B | 100 | 169.580 |
| 9/7/2016 | B | 100 | 169.580 |

Exhibit 1
10