# EXHIBIT 2

Exhibit 2
11

**Natissisa Enterprises Ltd.**
**Transactions in Illumina, Inc. Securities**
Class Period: July 26, 2016 and October 10, 2016, inclusive

| | Net Shares Retained | 30,000 |
|---|---|---|
| | Total Retained Cost | $ 5,072,348.27 |
| | Losses | $ 995,212.56 |

| Date of Transaction | Buy (B) or Sell (S) | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|
| 8/30/2016 | B | 120 | 169.450 | 20,334.00 |
| 8/30/2016 | B | 100 | 169.450 | 16,945.00 |
| 8/30/2016 | B | 100 | 169.450 | 16,945.00 |
| 8/30/2016 | B | 100 | 169.460 | 16,946.00 |
| 8/30/2016 | B | 100 | 169.460 | 16,946.00 |
| 8/30/2016 | B | 100 | 169.460 | 16,946.00 |
| 8/30/2016 | B | 100 | 169.460 | 16,946.00 |
| 8/30/2016 | B | 280 | 169.460 | 47,448.80 |
| 8/30/2016 | B | 100 | 169.215 | 16,921.50 |
| 8/30/2016 | B | 62 | 169.310 | 10,497.22 |
| 8/30/2016 | B | 100 | 169.310 | 16,931.00 |
| 8/30/2016 | B | 738 | 169.310 | 124,950.78 |
| 8/31/2016 | B | 100 | 168.990 | 16,899.00 |
| 8/31/2016 | B | 1,900 | 169.000 | 321,100.00 |
| 8/31/2016 | B | 500 | 169.150 | 84,575.00 |
| 8/31/2016 | B | 100 | 169.150 | 16,915.00 |
| 8/31/2016 | B | 100 | 169.150 | 16,915.00 |
| 8/31/2016 | B | 72 | 169.150 | 12,178.80 |
| 8/31/2016 | B | 41 | 169.150 | 6,935.15 |
| 8/31/2016 | B | 3,147 | 169.150 | 532,315.05 |
| 8/31/2016 | B | 50 | 169.150 | 8,457.50 |
| 8/31/2016 | B | 500 | 169.150 | 84,575.00 |
| 8/31/2016 | B | 1,400 | 169.150 | 236,810.00 |
| 8/31/2016 | B | 90 | 169.150 | 15,223.50 |
| 9/1/2016 | B | 1 | 167.200 | 167.20 |
| 9/1/2016 | B | 199 | 167.200 | 33,272.80 |
| 9/1/2016 | B | 800 | 167.200 | 133,760.00 |
| 9/1/2016 | B | 100 | 167.500 | 16,750.00 |
| 9/1/2016 | B | 100 | 167.590 | 16,759.00 |
| 9/1/2016 | B | 100 | 167.580 | 16,758.00 |
| 9/1/2016 | B | 5 | 167.560 | 837.80 |
| 9/1/2016 | B | 100 | 167.580 | 16,758.00 |
| 9/1/2016 | B | 100 | 167.580 | 16,758.00 |
| 9/1/2016 | B | 100 | 167.590 | 16,759.00 |
| 9/1/2016 | B | 100 | 167.580 | 16,758.00 |
| 9/1/2016 | B | 100 | 167.640 | 16,764.00 |
| 9/1/2016 | B | 195 | 167.590 | 32,680.05 |
| 9/1/2016 | B | 100 | 167.590 | 16,759.00 |
| 9/1/2016 | B | 100 | 167.500 | 16,750.00 |
| 9/1/2016 | B | 100 | 167.500 | 16,750.00 |
| 9/1/2016 | B | 100 | 167.580 | 16,758.00 |
| 9/1/2016 | B | 100 | 167.500 | 16,750.00 |
| 9/1/2016 | B | 100 | 167.580 | 16,758.00 |
| 9/1/2016 | B | 100 | 167.500 | 16,750.00 |
| 9/1/2016 | B | 100 | 167.580 | 16,758.00 |
| 9/1/2016 | B | 100 | 167.560 | 16,756.00 |
| 9/1/2016 | B | 100 | 167.580 | 16,758.00 |
| 9/1/2016 | B | 1 | 167.590 | 167.59 |
| 9/1/2016 | B | 6 | 167.590 | 1,005.54 |
| 9/1/2016 | B | 693 | 167.590 | 116,139.87 |
| 9/1/2016 | B | 100 | 167.510 | 16,751.00 |
| 9/1/2016 | B | 100 | 167.590 | 16,759.00 |
| 9/1/2016 | B | 100 | 167.640 | 16,764.00 |
| 9/1/2016 | B | 2,000 | 167.560 | 335,120.00 |
| 9/2/2016 | B | 100 | 169.600 | 16,960.00 |
| 9/2/2016 | B | 900 | 169.630 | 152,667.00 |
| 9/2/2016 | B | 100 | 169.535 | 16,953.50 |
| 9/2/2016 | B | 1,200 | 169.680 | 203,616.00 |
| 9/2/2016 | B | 52 | 169.670 | 8,822.84 |
| 9/2/2016 | B | 60 | 169.610 | 10,176.60 |
| 9/2/2016 | B | 100 | 169.680 | 16,968.00 |
| 9/2/2016 | B | 100 | 169.700 | 16,970.00 |
| 9/2/2016 | B | 2 | 169.700 | 339.40 |
| 9/2/2016 | B | 2 | 169.700 | 339.40 |
| 9/2/2016 | B | 200 | 169.700 | 33,940.00 |
| 9/2/2016 | B | 98 | 169.700 | 16,630.60 |
| 9/2/2016 | B | 86 | 169.700 | 14,594.20 |

Exhibit 2
12

| Date | Side | Qty | Price | Total |
|---|---|---:|---:|---:|
| 9/6/2016 | B | 100 | 169.770 | 16,977.00 |
| 9/6/2016 | B | 100 | 169.750 | 16,975.00 |
| 9/6/2016 | B | 100 | 169.780 | 16,978.00 |
| 9/6/2016 | B | 100 | 169.780 | 16,978.00 |
| 9/6/2016 | B | 130 | 169.800 | 22,074.00 |
| 9/6/2016 | B | 100 | 169.750 | 16,975.00 |
| 9/6/2016 | B | 70 | 169.850 | 11,889.50 |
| 9/6/2016 | B | 100 | 169.780 | 16,978.00 |
| 9/6/2016 | B | 100 | 169.770 | 16,977.00 |
| 9/6/2016 | B | 50 | 169.800 | 8,490.00 |
| 9/6/2016 | B | 100 | 169.780 | 16,978.00 |
| 9/6/2016 | B | 1 | 169.800 | 169.80 |
| 9/6/2016 | B | 1 | 169.790 | 169.79 |
| 9/6/2016 | B | 100 | 169.830 | 16,983.00 |
| 9/6/2016 | B | 99 | 169.800 | 16,810.20 |
| 9/6/2016 | B | 300 | 169.850 | 50,955.00 |
| 9/6/2016 | B | 49 | 169.850 | 8,322.65 |
| 9/6/2016 | B | 100 | 169.780 | 16,978.00 |
| 9/6/2016 | B | 100 | 169.800 | 16,980.00 |
| 9/6/2016 | B | 100 | 169.760 | 16,976.00 |
| 9/6/2016 | B | 100 | 169.780 | 16,978.00 |
| 9/6/2016 | B | 100 | 170.230 | 17,023.00 |
| 9/6/2016 | B | 100 | 170.250 | 17,025.00 |
| 9/6/2016 | B | 100 | 170.230 | 17,023.00 |
| 9/6/2016 | B | 100 | 170.230 | 17,023.00 |
| 9/6/2016 | B | 130 | 170.260 | 22,133.80 |
| 9/6/2016 | B | 300 | 170.290 | 51,087.00 |
| 9/6/2016 | B | 100 | 170.310 | 17,031.00 |
| 9/6/2016 | B | 100 | 170.320 | 17,032.00 |
| 9/6/2016 | B | 100 | 170.340 | 17,034.00 |
| 9/6/2016 | B | 100 | 170.230 | 17,023.00 |
| 9/6/2016 | B | 30 | 170.260 | 5,107.80 |
| 9/6/2016 | B | 100 | 170.230 | 17,023.00 |
| 9/6/2016 | B | 100 | 170.230 | 17,023.00 |
| 9/6/2016 | B | 100 | 170.340 | 17,034.00 |
| 9/6/2016 | B | 100 | 170.340 | 17,034.00 |
| 9/6/2016 | B | 100 | 170.350 | 17,035.00 |
| 9/6/2016 | B | 100 | 170.360 | 17,036.00 |
| 9/6/2016 | B | 100 | 170.340 | 17,034.00 |
| 9/6/2016 | B | 100 | 170.340 | 17,034.00 |
| 9/6/2016 | B | 400 | 170.340 | 68,136.00 |
| 9/6/2016 | B | 100 | 170.340 | 17,034.00 |
| 9/6/2016 | B | 100 | 170.340 | 17,034.00 |
| 9/6/2016 | B | 78 | 170.350 | 13,287.30 |
| 9/6/2016 | B | 100 | 170.350 | 17,035.00 |
| 9/6/2016 | B | 62 | 170.370 | 10,562.94 |
| 9/6/2016 | B | 100 | 170.370 | 17,037.00 |
| 9/7/2016 | B | 100 | 168.940 | 16,894.00 |
| 9/7/2016 | B | 2 | 168.910 | 337.82 |
| 9/7/2016 | B | 100 | 168.930 | 16,893.00 |
| 9/7/2016 | B | 100 | 168.920 | 16,892.00 |
| 9/7/2016 | B | 1 | 168.930 | 168.93 |
| 9/7/2016 | B | 100 | 168.900 | 16,890.00 |
| 9/7/2016 | B | 50 | 168.910 | 8,445.50 |
| 9/7/2016 | B | 100 | 168.930 | 16,893.00 |
| 9/7/2016 | B | 100 | 168.940 | 16,894.00 |
| 9/7/2016 | B | 100 | 168.960 | 16,896.00 |
| 9/7/2016 | B | 50 | 168.990 | 8,449.50 |
| 9/7/2016 | B | 100 | 169.000 | 16,900.00 |
| 9/7/2016 | B | 100 | 169.000 | 16,900.00 |
| 9/7/2016 | B | 2 | 169.000 | 338.00 |
| 9/7/2016 | B | 195 | 169.000 | 32,955.00 |
| 9/7/2016 | B | 37 | 169.000 | 6,253.00 |
| 9/7/2016 | B | 100 | 169.000 | 16,900.00 |
| 9/7/2016 | B | 98 | 169.000 | 16,562.00 |
| 9/7/2016 | B | 12 | 169.000 | 2,028.00 |
| 9/7/2016 | B | 251 | 169.000 | 42,419.00 |
| 9/7/2016 | B | 100 | 169.000 | 16,900.00 |
| 9/7/2016 | B | 15 | 169.000 | 2,535.00 |
| 9/7/2016 | B | 100 | 169.000 | 16,900.00 |
| 9/7/2016 | B | 87 | 169.000 | 14,703.00 |
| 9/7/2016 | B | 100 | 169.510 | 16,951.00 |

Exhibit 2

13

| Date | Type | Quantity | Price | Amount | |
|---|---|---|---|---|---|
| 9/7/2016 | B | 1 | 169.460 | 169.46 | |
| 9/7/2016 | B | 2 | 169.470 | 338.94 | |
| 9/7/2016 | B | 1 | 169.480 | 169.48 | |
| 9/7/2016 | B | 100 | 169.470 | 16,947.00 | |
| 9/7/2016 | B | 40 | 169.450 | 6,778.00 | |
| 9/7/2016 | B | 25 | 169.450 | 4,236.25 | |
| 9/7/2016 | B | 100 | 169.470 | 16,947.00 | |
| 9/7/2016 | B | 100 | 169.470 | 16,947.00 | |
| 9/7/2016 | B | 100 | 169.520 | 16,952.00 | |
| 9/7/2016 | B | 100 | 169.640 | 16,964.00 | |
| 9/7/2016 | B | 100 | 169.620 | 16,962.00 | |
| 9/7/2016 | B | 100 | 169.550 | 16,955.00 | |
| 9/7/2016 | B | 98 | 169.580 | 16,618.84 | |
| 9/7/2016 | B | 100 | 169.610 | 16,961.00 | |
| 9/7/2016 | B | 100 | 169.610 | 16,961.00 | |
| 9/7/2016 | B | 100 | 169.610 | 16,961.00 | |
| 9/7/2016 | B | 100 | 169.820 | 16,982.00 | |
| 9/7/2016 | B | 100 | 169.680 | 16,968.00 | |
| 9/7/2016 | B | 100 | 169.690 | 16,969.00 | |
| 9/7/2016 | B | 100 | 169.710 | 16,971.00 | |
| 9/7/2016 | B | 100 | 169.750 | 16,975.00 | |
| 9/7/2016 | B | 100 | 169.720 | 16,972.00 | |
| 9/7/2016 | B | 100 | 169.680 | 16,968.00 | |
| 9/7/2016 | B | 33 | 169.720 | 5,600.76 | |
| 9/7/2016 | B | 100 | 169.420 | 16,942.00 | |
| 9/7/2016 | B | 100 | 169.370 | 16,937.00 | |
| 9/7/2016 | B | 100 | 169.380 | 16,938.00 | |
| 9/7/2016 | B | 98 | 169.410 | 16,602.18 | |
| 9/7/2016 | B | 1 | 169.360 | 169.36 | |
| 9/7/2016 | B | 3 | 169.380 | 508.14 | |
| 9/7/2016 | B | 100 | 169.380 | 16,938.00 | |
| 9/7/2016 | B | 1 | 169.380 | 169.38 | |
| 9/7/2016 | B | 100 | 169.400 | 16,940.00 | |
| 9/7/2016 | B | 100 | 169.430 | 16,943.00 | |
| 9/7/2016 | B | 100 | 169.500 | 16,950.00 | |
| 9/7/2016 | B | 100 | 169.480 | 16,948.00 | |
| 9/7/2016 | B | 100 | 169.500 | 16,950.00 | |
| 9/7/2016 | B | 100 | 169.480 | 16,948.00 | |
| 9/7/2016 | B | 100 | 169.550 | 16,955.00 | |
| 9/7/2016 | B | 100 | 169.570 | 16,957.00 | |
| 9/7/2016 | B | 100 | 169.580 | 16,958.00 | |
| 9/7/2016 | B | 97 | 169.580 | 16,449.26 | |
| 9/7/2016 | B | 100 | 169.580 | 16,958.00 | |
| 9/7/2016 | B | 100 | 169.580 | 16,958.00 | |
| 9/7/2016 | B | 100 | 169.590 | 16,959.00 | |
| 9/7/2016 | B | 100 | 169.580 | 16,958.00 | |
| 9/7/2016 | B | 100 | 169.580 | 16,958.00 | |
| 12/8/2016 | Sell | (1) | 121.560 | (135.90) | * |
| 12/8/2016 | Sell | (50) | 121.560 | (6,795.23) | * |
| 12/8/2016 | Sell | (100) | 121.550 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.570 | (13,590.45) | * |
| 12/8/2016 | Sell | (1,000) | 121.550 | (135,904.52) | * |
| 12/8/2016 | Sell | (100) | 121.550 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.550 | (13,590.45) | * |
| 12/8/2016 | Sell | (1) | 121.550 | (135.90) | * |
| 12/8/2016 | Sell | (33) | 121.550 | (4,484.85) | * |
| 12/8/2016 | Sell | (2) | 121.300 | (271.81) | * |
| 12/8/2016 | Sell | (513) | 121.300 | (69,719.02) | * |
| 12/8/2016 | Sell | (200) | 121.260 | (27,180.90) | * |
| 12/8/2016 | Sell | (300) | 121.260 | (40,771.36) | * |
| 12/8/2016 | Sell | (1,000) | 121.250 | (135,904.52) | * |
| 12/8/2016 | Sell | (100) | 121.250 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.240 | (13,590.45) | * |
| 12/8/2016 | Sell | (178) | 121.220 | (24,191.01) | * |
| 12/8/2016 | Sell | (22) | 121.220 | (2,989.90) | * |
| 12/8/2016 | Sell | (13) | 121.250 | (1,766.76) | * |
| 12/8/2016 | Sell | (11) | 121.250 | (1,494.95) | * |
| 12/8/2016 | Sell | (76) | 121.200 | (10,328.74) | * |
| 12/8/2016 | Sell | (2,700) | 121.250 | (366,942.21) | * |
| 12/8/2016 | Sell | (118) | 121.250 | (16,036.73) | * |
| 12/8/2016 | Sell | (182) | 121.250 | (24,734.62) | * |
| 12/8/2016 | Sell | (10) | 121.500 | (1,359.05) | * |

Exhibit 2

14

| Date | Action | Quantity | Price | Cost/Proceeds | |
|---|---|---:|---:|---:|---|
| 12/8/2016 | Sell | (9) | 121.500 | (1,223.14) | * |
| 12/8/2016 | Sell | (166) | 121.500 | (22,560.15) | * |
| 12/8/2016 | Sell | (61) | 121.500 | (8,290.18) | * |
| 12/8/2016 | Sell | (500) | 121.500 | (67,952.26) | * |
| 12/8/2016 | Sell | (6,254) | 121.500 | (849,946.89) | * |
| 12/8/2016 | Sell | (100) | 121.330 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.330 | (13,590.45) | * |
| 12/8/2016 | Sell | (26) | 121.330 | (3,533.52) | * |
| 12/8/2016 | Sell | (100) | 121.330 | (13,590.45) | * |
| 12/8/2016 | Sell | (3,674) | 121.330 | (499,313.22) | * |
| 12/8/2016 | Sell | (100) | 121.350 | (13,590.45) | * |
| 12/8/2016 | Sell | (2,725) | 121.350 | (370,339.83) | * |
| 12/8/2016 | Sell | (100) | 121.350 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.350 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.350 | (13,590.45) | * |
| 12/8/2016 | Sell | (200) | 121.350 | (27,180.90) | * |
| 12/8/2016 | Sell | (100) | 121.325 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.370 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.360 | (13,590.45) | * |
| 12/8/2016 | Sell | (1,700) | 121.350 | (231,037.69) | * |
| 12/8/2016 | Sell | (100) | 121.360 | (13,590.45) | * |
| 12/8/2016 | Sell | (50) | 121.360 | (6,795.23) | * |
| 12/8/2016 | Sell | (50) | 121.350 | (6,795.23) | * |
| 12/8/2016 | Sell | (1,475) | 121.320 | (200,459.17) | * |
| 12/8/2016 | Sell | (100) | 121.650 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.650 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.650 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.640 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.640 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.640 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.640 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.650 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.650 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.640 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.650 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.640 | (13,590.45) | * |
| 12/8/2016 | Sell | (100) | 121.640 | (13,590.45) | * |
| 12/8/2016 | Sell | (3,700) | 121.630 | (502,846.74) | * |

*The "Cost/Proceeds" column is the greater of the price sold or the "mean trading price" per the limitation on damages pursuant to 15 U.S.C. §78u-4(e)

Exhibit 2

15