LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
LESLEY F. PORTNOY (#304851)
CHARLES H. LINEHAN (#307439)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:         info@glancylaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YI FAN CHEN, and FRONTLINE GLOBAL TRADING PTE. LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY,<br><br>                    Defendants. | Case No.: 3:16-cv-03044-L-MDD<br><br>**DECLARATION OF ROBERT V. PRONGAY IN SUPPORT OF THE MOTION OF YI FAN CHEN AND FRONTLINE GLOBAL TRADING PTE. LTD. FOR  CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>Date:  March 20, 2017<br>Crtrm:  5B<br>Judge: M. James Lorenz |

*[Caption Continues on Following Page]*

DECLARATION OF ROBERT V. PRONGAY IN SUPPORT OF THE MOTION OF YI FAN CHEN AND FRONTLINE GLOBAL TRADING PTE. LTD. FOR  CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

| | |
|---|---|
| 1  JAMES MCLEOD, Individually and on Behalf of All Others Similarly Situated,<br>2<br>3<br>4                   Plaintiff,<br>5         vs.<br>6  ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY,<br>7<br>8<br>9                   Defendants | Case No.: 3:17-cv-00053-L-MDD |

DECLARATION OF ROBERT V. PRONGAY IN SUPPORT OF THE MOTION OF YI FAN CHEN AND FRONTLINE GLOBAL TRADING PTE. LTD. FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

2

I, Robert V. Prongay, hereby declare as follows:

1. I am a partner at Glancy Prongay & Murray LLP ("GPM"), counsel on behalf of Yi Fan Chen and Frontline Global Trading Pte. Ltd. ("Chen and Frontline" or "Movants"). I make this Declaration in support of the motion of Chen and Frontline for consolidation of related cases, appointment as Lead Plaintiff and approval of their selection of Glancy Prongay & Murray as Lead Counsel for the Class.

2. Attached as Exhibits A through D are true and correct copies of the following documents:

Exhibit A:   Notice of pendency of a class action published over *Business Wire* in above-captioned action on December 16, 2016.

Exhibit B:   PSLRA Certifications by Movants.

Exhibit C:   Chart detailing the losses of Movants.

Exhibit D:   Firm resume for GPM.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on February 14, 2017 at Los Angeles, California.

                                       *s/ Robert V. Prongay*
                                       Robert V. Prongay