EXHIBIT C

## Loss Chart

**Company Name:** Illumina, Inc.
**Ticker:** ILMN
**Class Period:** Jul 26, 2016 to Oct 10, 2016

**Name:** Yi Fan Chen

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 09/21/2016 | 1,000 | $177.9200 | -$177,920.0000 | | $0.0000 | -$177,920.00 |
| 10/05/2016 | 500 | $186.2180 | -$93,109.0000 | | $0.0000 | -$93,109.00 |
| 10/05/2016 | 1,000 | $186.1700 | -$186,170.0000 | | $0.0000 | -$186,170.00 |
| 10/06/2016 | 500 | $184.2700 | -$92,135.0000 | | $0.0000 | -$92,135.00 |
| 10/11/2016[1] | -1,000 | | $0.0000 | $138.9900 | $138,990.0050 | $138,990.01 |
| 10/11/2016[1] | -500 | | $0.0000 | $138.9900 | $69,495.0025 | $69,495.00 |
| 10/11/2016[1] | -1,000 | | $0.0000 | $138.9900 | $138,990.0050 | $138,990.01 |
| 10/11/2016[1] | -500 | | $0.0000 | $138.9900 | $69,495.0025 | $69,495.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **0** | | | | **Subtotal:** | **-$132,363.99** |
| **As of Date:** | 02/14/2017 | | **90-Day Average Price**[2] | **Shares Remaining** | **90-Day Average:** | $0.00 |
| | | | $134.0148 | 0 | **Total:** | **-$132,363.99** |

**Name:** Frontline Global Trading Pte Ltd

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/05/2016 | 1,000 | $186.4027 | -$186,402.6800 | | $0.0000 | -$186,402.68 |
| 10/05/2016 | 1,000 | $186.3811 | -$186,381.1000 | | $0.0000 | -$186,381.10 |
| 10/05/2016 | 500 | $186.2100 | -$93,105.0000 | | $0.0000 | -$93,105.00 |
| 10/06/2016 | 500 | $184.6400 | -$92,320.0100 | | $0.0000 | -$92,320.01 |
| 10/11/2016[1] | -1,000 | | $0.0000 | $138.9900 | $138,990.0050 | $138,990.01 |
| 10/11/2016[1] | -1,000 | | $0.0000 | $138.9900 | $138,990.0050 | $138,990.01 |
| 10/11/2016[1] | -500 | | $0.0000 | $138.9900 | $69,495.0025 | $69,495.00 |
| 10/11/2016[1] | -500 | | $0.0000 | $138.9900 | $69,495.0025 | $69,495.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **0** | | | | **Subtotal:** | **-$141,238.78** |
| **As of Date:** | 02/14/2017 | | **90-Day Average Price**[2] | **Shares Remaining** | **90-Day Average:** | $0.00 |
| | | | $134.0148 | 0 | **Total:** | **-$141,238.78** |

| | |
|---|---|
| **Combined Total:** | **-$273,602.76** |

[1] Post class period sale valued using the greater of: (i) the average closing price between the end of the class period and the sales date or (ii) the actual sales price.

[2] Average closing price between Oct 11, 2016 to Jan 9, 2017