# EXHIBIT A

## CERTIFICATION

City of Hartford Municipal Employees' Retirement Fund ("Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Plaintiff's Class Period purchase and sale transactions in the Illumina, Inc. securities that are the subject of this action are attached in Schedule A.

4. Plaintiff has full power and authority to bring suit to recover for its investment losses.

5. Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action and has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6. I, Adam M. Cloud, Secretary of the City of Hartford Pension Commission, am authorized to make legal decisions on Plaintiff's behalf.

7. Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the Class.

8. Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of Class counsel to ensure that the largest recovery for the Class consistent with good faith and meritorious judgment is obtained.

9. Plaintiff has not served as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

10. Plaintiff sought to serve (but withdrew its motion) as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *Potter v. Valeant Pharmaceuticals International, Inc.*, No. 15-cv-7658 (D.N.J.).

11. Plaintiff will not accept any payment for serving as a representative party on behalf of the Class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __7th__ day of __February__ 2017.

City of Hartford Municipal
Employees' Retirement Fund

By: *Adam M. Cloud*
Adam M. Cloud
Secretary of the City of Hartford
Pension Commission

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 9/30/2016 | 8,062 | $182.49 |

**Exhibit A**
**Page 4**