# EXHIBIT B

**City of Hartford Municipal Employees' Retirement Fund**
**FIFO/LIFO Losses in Illumina, Inc.**
Class Period: 7/26/16 - 10/10/16
Retained shares valued at: $133.89

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/30/2016 | 8,062 | $182.49 | $1,471,252.91 | Retained | | 8,062 | $133.89 | $1,079,429.24 |
| | | 8,062 | | $1,471,252.91 | | | 8,062 | | $1,079,429.24 |

*FIFO/LIFO loss:* ($391,823.67)