Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YI FAN CHEN, and FRONTLINE GLOBAL TRADING PTE. LTD., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY,<br><br>Defendants. | No. 3:16-cv-03044-L-KSC<br><br>**NOTICE OF NON OPPOSITION OF ARMANDINO BATALI AND PETER GREENWALD TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. M. James Lorenz<br>Hearing Date: March 20, 2017<br>CTRM: 5B – (5th Floor – Schwartz) |

1

Notice of Non Opposition of Armandino Batali and Peter Greenwald To Competing Lead Plaintiff Motions
– No. 3:16-cv-03044-L-KSC

| | |
|---|---|
| JAMES MCLEOD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY,<br><br>Defendants. | No. 3:17-cv-00053-L-KSC<br><br>CLASS ACTION<br><br>JUDGE: Hon. M. James Lorenz<br>Hearing Date: March 20, 2017<br>CTRM: 5B – (5th Floor – Schwartz) |

Armandino Batali and Peter Greenwald ("Movants"), having reviewed the competing lead plaintiff motions, do not appear to have the largest financial interest as it appears Movant Natissisa Enterprises Ltd. has the largest financial interest in this action. Thus, Movants do not oppose the competing lead plaintiff motion of Movant Natissisa Enterprises Ltd., dkt. # 5. This non-opposition shall have no impact on Movants' memberships in the proposed class, their right to share in any recovery obtained for the benefit of class members, and their ability to serve as representative parties should the need arise.

Dated: March 6, 2017                     Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen, Esq.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450

2

Notice of Non Opposition of Armandino Batali and Peter Greenwald To Competing Lead Plaintiff Motions – No. 3:16-cv-03044-L-KSC

Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs

3

Notice of Non Opposition of Armandino Batali and Peter Greenwald To Competing Lead Plaintiff Motions – No. 3:16-cv-03044-L-KSC

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On March 6, 2017, I electronically filed the following **NOTICE OF NON OPPOSITION OF ARMANDINO BATALI AND PETER GREENWALD TO COMPETING LEAD PLAINTIFF MOTIONS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 6, 2017.

/s/ Laurence Rosen
Laurence M. Rosen