LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
LESLEY F. PORTNOY (#304851)
CHARLES H. LINEHAN (#307439)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:   (310) 201-9160
Email:        info@glancylaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YI FAN CHEN, and FRONTLINE GLOBAL TRADING PTE. LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY,<br><br>                    Defendants. | Case No.: 3:16-cv-03044-L-KSC<br><br>**NOTICE OF NON-OPPOSITION BY YI FAN CHEN AND FRONTLINE GLOBAL TRADING PTE. LTD. TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date:  March 20, 2017<br>Crtrm:  5B<br>Judge: M. James Lorenz |

*[Caption Continues on Following Page]*

| | |
|---|---|
| JAMES MCLEOD, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY,<br><br>      Defendants | Case No.: 3:17-cv-00053-L-MDD |

On February 14, 2017, pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), class members Yi Fan Chen and Frontline Global Trading Pte. Ltd. ("Movants") filed a motion for, *inter alia,* their appointment as lead plaintiff in connection with the above-captioned securities fraud class actions. Three similar motions were filed by other putative class members in these actions.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." §15 U.S.C. 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers, it appears that movant Natissia Enterprises Ltd. possesses the "largest financial interest in the relief sought by the class," as required by the PSLRA, and satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure. Accordingly, Movants do not oppose the appointment of Natissia Enterprises Ltd. as Lead Plaintiff or the approval of their selection of Levi & Korsinsky, LLP as Lead Counsel for the Class. However, were the Court to determine that the other lead plaintiff movants with larger losses than Movants are incapable or inadequate to represent the class in this litigation, Movants continue to be willing and able to serve as lead plaintiff or as a class representative.

By this Notice of Non-Opposition, Movants do not waive their rights to participate and recover as class members in this litigation, and they remain ready, willing and able to serve as lead plaintiff if the need arises.


Dated:  March 6, 2017                    **GLANCY PRONGAY & MURRAY LLP**


By: *s/ Robert V. Prongay*
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
Email: info@glancylaw.com

*Counsel for Plaintiff and Proposed Lead Counsel for the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel for Plaintiff*