1 | **ROBBINS GELLER**
  | **RUDMAN & DOWD LLP**
2 | TRICIA L. MCCORMICK (Bar No. 199239)
3 | 655 West Broadway
  | Suite 1900
4 | San Diego, CA  92101
  | Tel: (619) 231-1058
5 | Fax: (619) 231-7423
  | triciam@rgrdlaw.com
6 |
7 | [*Additional counsel on signature page.*]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| YI FAN CHEN, and FRONTLINE GLOBAL TRADING PTE. LTD., Individually and on Behalf of All Others Similarly Situated, | Case No.:  3:16-cv-03044-L-KSC |
|---|---|
| Plaintiffs, | **NOTICE OF THE WITHDRAWAL OF THE MOTIONS OF CITY OF HARTFORD MUNICIPAL EMPLOYEES' RETIREMENT FUND FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| v. | |
| ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY, | |
| Defendants. | Hearing Date:  March 20, 2017<br>Judge: The Honorable M. James Lorenz<br>Courtroom: 5B |

On February 14, 2017, City of Hartford Retirement Municipal Employees' Retirement Fund ("Hartford") filed timely motions pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B)(iii), seeking appointment of Hartford as Lead Plaintiff, approval of Hartford's selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel and Robbins Geller Rudman & Dowd LLP as Liaison Counsel for the class, and consolidation of the above-captioned action with the related securities class action captioned *McLeod v. Illumina, Inc., et al.*, Case No. 3:17-cv-00053-L-KSC. *See* ECF Nos. 8, 9, & 10 (the "Motions").

Hartford hereby withdraws its Motions. This withdrawal is submitted without prejudice to Hartford's rights to participate in this litigation and share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

DATED: March 13, 2017

**ROBBINS GELLER
  RUDMAN & DOWD LLP**

*/s/ Tricia L. McCormick*
TRICIA L. MCCORMICK
  (BAR NO. 199239)
655 West Broadway
Suite 1900
San Diego, CA  92101
Tel: (619) 231-1058
Fax: (619) 231-7423
triciam@rgrdlaw.com

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
NAUMON A. AMJED
DARREN J. CHECK
JONATHAN R. DAVIDSON
RYAN T. DEGNAN
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
jdavidson@ktmc.com
rdegnan@ktmc.com

*Counsel for City of Hartford Municipal Employees' Retirement Fund*