1 **LEVI & KORSINSKY LLP**
Adam C. McCall (SBN 302130)
2 Email: amccall@zlk.com
3 445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
4 Tel: (213) 985-7290
5
6 -and-
7 NICHOLAS I. PORRITT (DC:457601; NY)
Email: nporritt@zlk.com
8 ADAM M. APTON (DC:1017720; NY)
9 Email: aapton@zlk.com
1101 30th Street NW, Suite 115
10 Washington, DC 20007
11 Tel: (202) 524-4290
Fax: (202) 333-2121
12 (*pro hac vice to be submitted*)
13

14                    UNITED STATES DISTRICT COURT
15                   SOUTHERN DISTRICT OF CALIFORNIA

16

| YI FAN CHEN, and FRONTLINE GLOBAL TRADING PTE. LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiffs,<br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY,<br><br>                        Defendants. | No. 3:16-cv-03044-L-MDD<br><br>**MOVANT NATISSISA ENTERPRISES LTD.'S MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY AND FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |
|---|---|

| | |
|---|---|
| JAMES MCLEOD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and MARC A. STAPLEY,<br><br>　　　　　　　　　　　　Defendants. | No. 3:17-cv-00053-L-MDD<br><br>Date: March 20, 2017<br><br>NO ORAL ARGUMENT PURSUANT TO LOCAL RULES<br><br>Courtroom: 5B (5th Fl. – Schwartz)<br>Judge: M. James Lorenz |

1    Movant Natissisa Enterprises Ltd. ("Natissisa")'s motion for appointment
2 as lead plaintiff and selection of counsel should be granted ("Motion").[1] Including
3 Natissisa, four movants filed motions for appointment as lead plaintiff and
4 selection of counsel. Since filing, every movant other than Natissisa has either
5 withdrawn their motion or filed statements indicating that they do not oppose the
6 granting of Natissisa's motion.

7    On March 6, 2017, Armandino Batali and Peter Greenwald filed a "Notice
8 of Non Opposition" indicating that they "do not oppose the competing lead
9 plaintiff motion of Movant Natissisa Enterprises Ltd., dkt. # 5." ECF No. 14.

10   On March 6, 2017, Yi Fan Chen and Frontline Global Trading Pte. Ltd.
11 filed a "Notice of Non-Opposition" stating that they "do not oppose the
12 appointment of Natissia Enterprises Ltd. as Lead Plaintiff or the approval of their
13 selection of Levi & Korsinsky, LLP as Lead Counsel for the Class." ECF No. 15.

14   On March 13, 2017, City of Hartford Retirement Municipal Employees'
15 Retirement Fund filed a "Notice of Withdrawal" of its motion for appointment as
16 lead plaintiff and approval of selection of counsel. ECF No. 17.

17   Natissisa is the only remaining movant, unopposed, seeking to be appointed
18 as lead plaintiff and have its selection of counsel be approved for this class action
19 litigation. Natissisa respectfully requests that its motion be granted in its entirety.

20 //
21 //
22 //
23 //

---

[1] Natissisa seeks appointment as lead plaintiff in the above-captioned action as well as the related action subject to the motion for consolidation, styled: *McLeod v. Illumina, Inc., et al.*, No. 3:17-cv-00053-L-MDD.

MOVANT NATISSISA ENTERPRISES LTD.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL
Case Nos. 3:15-CV-02700-JLS-NLS and 3:15-cv-02951-JLS-NLS
1

1 | Dated:  March 13, 2017
Respectfully submitted,

**LEVI & KORSINSKY LLP**

s/ *Adam C. McCall*
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: amccall@zlk.com

**-**and-

Nicholas I. Porritt
Adam M. Apton
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: nporritt@zlk.com
Email: aapton@zlk.com
(*to be admitted pro hac vice*)

*Attorneys for Movant Natissisa Enterprises Ltd.*