

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Chen

                                           Plaintiff,

                              V.

Illumina, Inc., et al.

                                           Defendant.

FILED

3/31/2017

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                    S. Tweedle  , Deputy

Civil No.  16-cv-03044-L-KSC

**STRICKEN DOCUMENT:**

**Per Order #    21**

**20**