ROBBINS GELLER RUDMAN
& DOWD LLP
TRICIA L. McCORMICK (199239)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
triciam@rgrdlaw.com

Liaison Counsel for Lead Plaintiff Movant City of Hartford Municipal Employees' Retirement Fund

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YI FAN CHEN and FRONTLINE GLOBAL TRAINING PTE. LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ILLUMINA, INC., et al.,<br><br>Defendants. | Case No. 3:16-cv-03044-L-KSC<br><br><u>CLASS ACTION</u><br><br>AMENDED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |

Pursuant to Local Civil Rule 83.3.f.3 of the United States District Court of the Southern District of California, lead plaintiff movant City of Hartford Municipal Employees' Retirement Fund (the "Pension Fund") respectfully requests that this Court grant Tricia L. McCormick of the law firm of Robbins Geller Rudman & Dowd LLP leave to withdraw her appearance as attorney of record in this action. On March 30, 2017, this Court appointed Natissisa Enterprises Ltd. as Lead Plaintiff and approved Lead Plaintiff's choice of counsel to serve as Lead Counsel. *See* Dkt. No. 19. As a result of the Court's appointment of lead plaintiff and approval of lead plaintiff's selection of lead counsel, Ms. McCormick has no representative role in the action and the putative class will be represented by Lead Plaintiff and its counsel. As liaison counsel, Ms. McCormick and the law firm of Robbins Geller Rudman & Dowd LLP do not directly represent the Pension Fund but rather serve as liaison counsel to facilitate filings with the Court as an admitted member. Pursuant to Local Civil Rule 83.3(f)(3)(a), the undersigned counsel states that the Pension Fund was served via its counsel, Kessler Topaz Meltzer & Check LLP.

WHEREFORE, the Pension Fund respectfully requests that the Court grant Tricia L. McCormick leave to withdraw as attorney of record in this action. An Order granting the Pension Fund's Motion is submitted concurrently herewith.

DATED: April 11, 2017   Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRICIA L. McCORMICK

s/ Tricia L. McCormick
TRICIA L. McCORMICK

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
triciam@rgrdlaw.com

Liaison Counsel for Lead Plaintiff Movant City of Hartford Municipal Employees' Retirement Fund