1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YI FAN CHEN and FRONTLINE GLOBAL TRAINING PTE. LTD, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiffs,<br><br>     vs.<br><br>ILLUMINA, INC., et al.,<br><br>                        Defendants. | Case No. 3:16-cv-03044-L-KSC<br><br>CLASS ACTION<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |

1     Upon consideration of Motion for Leave to Withdraw as Counsel, and for good

2  cause shown, it is HEREBY ORDERED THAT Tricia L. McCormick of Robbins

3  Geller Rudman & Dowd LLP is hereby withdrawn as counsel of record for lead

4  plaintiff movant City of Hartford Municipal Employees' Retirement Fund.  The Clerk

5  of the Court is directed to remove the above-named attorney and law firm from the

6  docket as well as the ECF Service List.

7     IT IS SO ORDERED.

8  Dated:  April 12, 2017

9

10  Hon. M. James Lorenz

11  United States District Judge

- 1 -     3:16-cv-03044-L-KSC