Print Form



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Yi Fan Chen et al.

**Plaintiff,**

v.

Illumina, Inc., et al.

**Defendant.**

Civil No. _16-cv-3044_

## PRO HAC VICE APPLICATION

Illumina, Inc.
Party Represented

I, __David A. Kronig__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Covington & Burling LLP
Street address: 620 Eighth Ave
City, State, ZIP: New York, NY 10018-1405
Phone number: 212-841-1000
Email: dkronig@cov.com

That on __Jan 22, 2015__ (Date) I was admitted to practice before __all New York state courts__ (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Mark Y. Chen
(Name)

424-332-4774
(Telephone)

Covington & Burling LLP
(Firm)

1999 Avenue of the Stars, Suite 1500, Los Angeles, CA 90067-6045
(Street) (City) (Zip code)

_(Signature of Applicant)_

I hereby consent to the above designation.

Mark Chen / DAK
(Signature of Designee Attorney)