1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARK P. GIMBEL
(*pro hac vice*; NY Registration No. 2998102)
C. WILLIAM PHILLIPS
(*pro hac vice* pending: NY Registration No. 1885573)
DAVID A. KRONIG
(*pro hac vice*; NY Registration No. 5302054)
COVINGTON & BURLING LLP
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
Fax: (646) 441-9161

MARK Y. CHEN (Bar No. 310450)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067
Tel: (424) 332-4800
Fax: (424) 332-4749
mychen@cov.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-CV-03044-L-MDD |
| | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT** |
| | Date and Time: Stipulated Alternate Briefing Schedule (*see* ECF Doc. 26) |
| | Courtroom: 5B |
| | Hon. M. James Lorenz |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on such date as the Court may set, in Courtroom 5B of the above-entitled court located at 221 West Broadway, San Diego, CA 92101, before the Honorable M. James Lorenz, Defendants Illumina Inc. ("Illumina"), Francis A. deSouza, and Marc Stapley (collectively "Defendants") will and do hereby move pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4 et seq., for an order dismissing the Amended Complaint on the grounds that Plaintiffs have failed to plead a claim upon which relief can be granted; Plaintiffs have failed to plead fraud and scienter with the particularity required by Rule 9(b) and the PSLRA; and Defendants are protected from liability by the statutory safe harbor for "forward-looking statements," 15 U.S.C. § 78u–5(i)(1)(A).   Defendants' motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Mark P. Gimbel and the exhibits attached thereto, of which Defendants, through a separate filing, request the Court take judicial notice, and all prior papers herein.

Respectfully submitted,

Dated: July 31, 2017          COVINGTON & BURLING LLP

By:   /s/Mark P. Gimbel
      Mark P. Gimbel

Mark P. Gimbel (admitted pro hac vice)
C. William Phillips (pro hac vice pending)
David A. Kronig (admitted pro hac vice)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000

Mark Y. Chen (Bar No. 310450)
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067
Tel: (424) 332-4800

1

1

## CERTIFICATE OF SERVICE

2       The undersigned hereby certifies that a true copy of the following document

3 has been served on July 31, 2017 to all counsel of record who are deemed to

4 have consented to electronic service via the Court's CM/ECF system per Civil

5 Local Rule 5.4:

6

7 **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT**

8

9       Any other counsel of record will be served by electronic mail, facsimile,

10 and/or overnight delivery.

11       I declare under penalty of perjury under the laws of United States that the

12 foregoing is true and correct and that this certificate of service was executed on

13 July 31, 2017 at Los Angeles, California.

14

15                          */s/Mark Y. Chen*
                            Mark Y. Chen

16

17

18

19

20

21

22

23

24

25

26

27

28