MARK P. GIMBEL
(*pro hac vice*; NY Registration No. 2998102)
C. WILLIAM PHILLIPS
(*pro hac vice* pending: NY Registration No. 1885573)
DAVID A. KRONIG
(*pro hac vice*; NY Registration No. 5302054)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
Fax: (646) 441-9161

MARK Y. CHEN (Bar No. 310450)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Tel: (424) 332-4800
Fax: (424) 332-4749
mychen@cov.com

*Counsel for Defendants*

[Additional Counsel appear on signature page]

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-CV-03044-L-MDD<br><br>**JOINT MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER THE AMENDED COMPLAINT**<br><br>Hon. M. James Lorenz |

Pursuant to Rule 7.2 of the Local Rules for the United States District Court for the Southern District of California, Lead Plaintiff Natissisa Enterprises Ltd. ("Lead Plaintiff") and Defendants Illumina, Inc., Francis A. Desouza, and Marc A. Stapley ("Defendants"), by and through their respective attorneys, jointly move as follows:

1. On April 13, 2017, the Court entered an Order Granting Joint Motion Regarding Pleading and Briefing Schedule, Doc. 24, setting a schedule for Plaintiffs to file a consolidated amended complaint and for the briefing of any motions to dismiss.

2. Pursuant to this schedule, Lead Plaintiff filed an Amended Complaint on May 30, 2017, Doc. 28, which Defendants moved to dismiss on July 31, 2017, Doc. 32.

3. On January 22, 2018, the Court granted in part and denied in part Defendants' motion to dismiss, Doc. 39.

4. Under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' Answer is due on February 5, 2018.

5. The Amended Complaint totals 48 pages and includes 113 paragraphs of allegations raising complex legal and factual issues. Given the length and complexity of the Amended Complaint and the substantial work involved in drafting an Answer, the parties have stipulated and agreed that a 30-day extension of time for Defendants to file their Answer is appropriate.

6. Lead Plaintiff and Defendants, through their respective counsel, accordingly respectfully request that the Court grant this Joint Motion for an order extending Defendants' time to file an Answer to the Amended Complaint through and including March 7, 2018, which is 30 days after the current deadline.

Respectfully submitted,

Dated: January 25, 2018                COVINGTON & BURLING LLP

By:    */s/ Mark P. Gimbel*
       Mark P. Gimbel

Mark P. Gimbel (admitted *pro hac vice*)
C. William Phillips (admitted *pro hac vice*)
David A. Kronig (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000

Mark Y. Chen (Bar No. 310450)
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067
Tel: (424) 332-4800

Dated:  January 25, 2018               LEVI & KORSINSKY LLP
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa St., 31st Floor
Los Angeles, CA  90071
Tel:  213/985-7290
Fax:  202/333-2121
Email:  amccall@zlk.com

LEVI & KORSINSKY LLP
Nicholas I. Porritt
(to be admitted *pro hac vice*)
1101 30th Street NW, Suite 115
Washington, DC  20007
Tel:  202/524-4290
Fax:  202/333-2121
Email:  nporritt@zlk.com
Email:  aapton@zlk.com

By:  */s/  Adam M. Apton*

***Attorneys for Lead Plaintiff***

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: */s/ Mark P. Gimbel*
Mark P. Gimbel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the following document has been served on January 25, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4:

**JOINT MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER THE AMENDED COMPLAINT**

Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct and that this certificate of service was executed on January 25, 2018 at New York, New York.

*/s/ Mark P. Gimbel*
Mark P. Gimbel