1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT
9             SOUTHERN DISTRICT OF CALIFORNIA
10

| 11 | IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-CV-03044-L-MDD |
|---|---|---|
| | | **ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER THE AMENDED COMPLAINT** |
| | | Judge:   Hon. M. James Lorenz |

1  Having considered the Joint Motion to Extend Defendants' Time to Answer, through their respective counsel, and for good cause shown, the Court hereby ORDERS as follows:

   1. Defendants shall have until March 7, 2018 to file their Answer to the Amended Complaint.

**IT IS SO ORDERED.**

Dated:

Honorable M. James Lorenz
United States District Judge