

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Print Form

Yi Fan Chen et al.
Plaintiff,

v.

Illumina, Inc., et al.
Defendant.

Civil No. __16-cv-3044__

**PRO HAC VICE APPLICATION**

Illumina, Inc.
Party Represented

I, __Russell M. Squire__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Covington & Burling LLP
Street address: 620 Eighth Ave
City, State, ZIP: New York, NY 10018-1405
Phone number: 212-841-1105
Email: rsquire@cov.com

That on __4/28/2014__ I was admitted to practice before __all New York state courts__
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_R. Squire_
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Mark Y. Chen
(Name)

424-332-4774
(Telephone)

Covington & Burling LLP
(Firm)

1999 Avenue of the Stars, Suite 3500, Los Angeles, CA 90067-6045
(Street) (City) (Zip code)

_R. Squire_
(Signature of Applicant)

I hereby consent to the above designation.

_signature_
(Signature of Designee Attorney)