Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
**LEVI & KORSINSKY, LLP**
Email: aapton@zlk.com
Email: amccall@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel:  (213) 985-7290

*Attorneys for Lead Plaintiff*
*and Lead Counsel for Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-CV-03044-L-MDD<br><br>**CLASS ACTION**<br><br>**JOINT MOTION TO EXCUSE THE PARTIES FROM EARLY NEUTRAL EVALUATION**<br><br>Magistrate Judge: Hon. Karen S. Crawford |

Pursuant to Rule 7.2 of the Local Rules for the United States District Court for the Southern District of California, Lead Plaintiff Natissisa Enterprises Ltd. (Lead Plaintiff), and Defendants Illumina, Inc., Francis A. Desouza, and Marc A. Stapley ("Defendants") (collectively, Lead Plaintiff and Defendants are referred to as the "Parties"), by and through their respective attorneys, jointly move as follows:

1. On February 14, 2017, pursuant to the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4 *et seq.*,

Lead Plaintiff filed a motion for consolidation of the aforementioned actions, appointment as lead plaintiff and approval of its choice of counsel ("Motion").

2. On March 30, 2017, pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(3)(B), this Court entered an Order granting Lead Plaintiff's Motion.

3. On May 30, 2017, Lead Plaintiff filed a consolidated amended complaint (the "Complaint") in this action (ECF No. 28).

4. On July 31, 2017, Defendants filed a Motion to Dismiss the Complaint (ECF No. 32).

5. The Court granted in part and denied in part Defendants' Motion to Dismiss on January 22, 2018 (ECF NO. 39).

6. Defendants filed an answer (the "Answer") to Plaintiff's Complaint on March 7, 2018 (ECF. No. 49).

7. Pursuant to Local Rule 16.1(c) the parties are required to appear before the assigned judicial officer supervising discovery for an Early Neutral Evaluation within 45 days of the Answer (here, by April 20, 2018) in order to discuss a potential settlement.

8. On March 14, 2018, the parties conducted a telephonic conference at which they met and conferred concerning a variety of issues, including whether an Early Neutral Evaluation would be productive at this stage in the litigation.

9. The Parties agree that a settlement is highly unlikely at this point in time and that settlement discussions are unlikely to be productive without meaningful discovery. This is a complex securities litigation in which Lead Plaintiff estimates damages of the putative class at over $600 million, while Defendants dispute that any liability to Plaintiff or the putative class and have asserted numerous defenses to liability and damages. Without the ability to explore their respective claims and defenses in discovery, the parties do not believe that settlement discussions would be productive.

1  10. Therefore, the Parties request to be excused from the Early Neutral Evaluation in order to preserve judicial and party resources.

11. The Parties anticipate filing their joint Federal Rule of Civil Procedure 26(f) report by April 13, 2018.

12. Therefore, the Parties request that the Case Management Conference be set for April 27, 2018 or as soon thereafter as is convenient for the Court.

Accordingly, Lead Plaintiff and Defendants, through their undersigned attorneys, respectfully request the Court to issue an order (i) excusing the Parties from the Early Neutral Evaluation; and (ii) setting a Case Management Conference for April 27, 2018 or as soon thereafter as is convenient for the Court.

Dated: March 15, 2018         /s/ Adam M. Apton
**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa St., 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Fax: (202) 333-2121
Email: aapton@zlk.com
Email: amccall@zlk.com

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt
(*Pro Hac Vice* to be submitted)
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Email: nporritt@zlk.com

*Attorneys for Lead Plaintiff and Lead Counsel for Class*

Dated: March 15, 2018  /s/ Mark Chen
**COVINGTON & BURLING LLP**
Mark Chen (SBN 310450)
1999 Avenue of the Stars, Suite 1500
Los Angeles, California 90067
Telephone: +1 (424) 332-4800
mychen@cov.com

**COVINGTON & BURLING LLP**
Mark P. Gimbel
(*Pro Hac Vice* to be submitted)
C. William Phillips
(*Pro Hac Vice* to be submitted)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000

*Attorneys for Defendants*

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By:  /s/ Adam M. Apton
Adam M. Apton

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2018, I electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was automatically generated to the CM/ECF registrants on record.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Dated:  March 15, 2018                                    s/ Adam M. Apton
                                                                         Adam M. Apton