MARK P. GIMBEL
(*pro hac vice*: NY Registration No. 2998102)
C. WILLIAM PHILLIPS
(*pro hac vice*: NY Registration No. 1885573)
RUSSEL M. SQUIRE
(*pro hac vice*: NY Registration No. 5225479)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
Fax: (646) 441-9161

MARK Y. CHEN (Bar No. 310450)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Tel: (424) 332-4800
Fax: (424) 332-4749
mychen@cov.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-CV-03044-L-MDD<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT**<br><br>**Case Management Conference:**<br>Date: May 11, 2018<br>Time: 10:30 AM<br>Magistrate Judge: Hon. Karen S. Crawford<br>Location: Telephonically |

SF: 275945

1

1  Defendants Illumina, Inc., Francis A. deSouza, and Marc A. Stapley, by and
2 through their undersigned attorneys, request to withdraw Document Number 52
3 (Joint Rule 26(f) Report), filed and entered on May 4, 2018. Document Number 52
4 has been lodged with United States Magistrate Judge Karen S. Crawford per Court
5 Order on May 7, 2018.

Dated: May 7, 2018

*/s/ Mark Chen*
**COVINGTON & BURLING LLP**
Mark Chen (SBN 310450)
1999 Avenue of the Stars, Suite 1500
Los Angeles, California 90067
Telephone: +1 (424) 332-4800
mychen@cov.com

**COVINGTON & BURLING LLP**
Mark P. Gimbel (Admitted *Pro Hac Vice*)
C. William Phillips (Admitted *Pro Hac Vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000

*Attorneys for Defendants*

1
2                    **CERTIFICATE OF SERVICE**
3        I hereby certify that on May 7, 2018, I electronically filed the foregoing
4  document(s) with the Clerk of the Court by using the CM/ECF System for filing
5  and transmittal of a Notice of Electronic Filing was automatically generated to the
6  CM/ECF registrants on record.  Participants in the case who are not registered
7  CM/ECF users will be served by mail or by other means permitted by the court
8  rules.
9
10 Dated:  May 7, 2018                    */s/ Mark Chen*
11                                         Mark Chen
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    3