MARK P. GIMBEL
(*pro hac vice*; NY Registration No. 2998102)
C. WILLIAM PHILLIPS
(*pro hac vice*; NY Registration No. 1885573)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
Fax: (646) 441-9161

MARK Y. CHEN (Bar No. 310450)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067
Tel: (424) 332-4800
Fax: (424) 332-4749
mychen@cov.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-CV-03044-L-KSC <br><br> **CLASS ACTION** <br><br> **JOINT MOTION TO AMEND SCHEDULING ORDER** <br><br> Judge: Hon. Karen S. Crawford |

Pursuant to the Honorable Karen S. Crawford's Chamber Rule IV.C, Lead Plaintiff Natissisa Enterprises Ltd. ("Plaintiff"), and Defendants Illumina, Inc. ("Illumina" or the "Company"), Francis A. deSouza, and Marc A. Stapley (together, the "Defendants") (collectively, Plaintiff and Defendants are referred to as the "Parties"), jointly and respectfully move this Court to amend the Scheduling Order Regulating Discovery And Other Pre-Trial Proceedings that was entered on May 5, 2011 (the "Scheduling Order").

The Scheduling Order currently states that all class discovery shall be completed by the Parties no later than September 4, 2018.  At the Case Management Conference, the Parties proposed that the Court strike this deadline on class discovery, so that the Parties can take depositions and discovery of experts after Plaintiff's motion for class certification has been filed.  Specifically, the Parties' intention is for Defendants to depose Plaintiff's class certification expert and conduct expert discovery between the filing of the class certification motion and the filing of Defendants' opposition.  Likewise, Plaintiff intends to depose Defendants' class certification expert (if any) and conduct related expert discovery (if any) between the filing of the opposition and the filing of Plaintiffs' reply brief.  Any additional discovery on class certification issues, including document discovery and a deposition of Plaintiff, would be conducted at a mutually convenient time prior to the relevant party's briefing deadline(s).

Good cause exists for this amendment.  The Parties' recollection is that the Court had agreed to strike the September 4, 2018 deadline on class discovery during the Case Management Conference.  Accordingly, the Parties believe that this deadline was inadvertently included in the Scheduling Order.  In addition, counsel for both Parties respectfully submit that the proposed schedule will result in more efficient and less burdensome class discovery, by permitting the parties to engage in discovery targeted at each party's class certification papers.  No other deadlines in the Scheduling Order would be affected by the proposed amendment.

The Parties have met and conferred prior to filing this joint motion and agree to the

relief sought herein.

Dated: May 16, 2018

/s/ *Adam M. Apton*
**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa St., 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Fax: (202) 333-2121
Email: aapton@zlk.com
Email: amccall@zlk.com

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt (Admitted *Pro Hac Vice*)
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Email: nporritt@zlk.com

*Attorneys for Lead Plaintiff and Lead Counsel for Class*

Dated: May 16, 2018

/s/ *Mark Chen*
**COVINGTON & BURLING LLP**
Mark Chen (SBN 310450)
1999 Avenue of the Stars, Suite 1500
Los Angeles, California 90067
Telephone: +1 (424) 332-4800
mychen@cov.com

**COVINGTON & BURLING LLP**
Mark P. Gimbel (Admitted Pro Hac Vice)
C. William Phillips (Admitted Pro Hac Vice)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000

Attorneys for Defendants

2
JOINT MOTION TO AMEND SCHEDULING ORDER
16-CV-3044-L-KSC

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: */s/ Mark Y. Chen*
Mark Y. Chen

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the following document has been served on May 16, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4:

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.  Defendants will be served by electronic mail, facsimile, and/or overnight mail.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct and that this certificate of service was executed on May 16, 2018 at Los Angeles, California.

*/s/ Mark Y. Chen*
Mark Y. Chen