UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Case No.:  3:16-cv-03044-L-KSC<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>**[Doc. No. 56]** |

Presently before the Court is the parties' Joint Motion to Amend the Scheduling Order [Doc. No. 55].  The parties request that the class discovery cut-off date be stricken from the Scheduling Order consistent with the parties' understanding at the Case Management Conference. [Doc. No. 56 at p. 2].

Good cause appearing, the parties' Joint Motion is **GRANTED**.

IT IS HEREBY ORDERED that the Class Discovery cut-off date of September 4, 2018 is VACATED. [Doc. No. 55, p. 2, ¶ 3].

**IT IS SO ORDERED**.

Dated:  May 21, 2018

Hon. Karen S. Crawford
United States Magistrate Judge