| | |
|---|---|
| 1 | Adam M. Apton (SBN 316506) |
| 2 | Adam C. McCall (SBN 302130) |
| | **LEVI & KORSINSKY, LLP** |
| 3 | Email: aapton@zlk.com |
| 4 | Email: amccall@zlk.com |
| | 445 South Figueroa Street, 31st Floor |
| 5 | Los Angeles, CA 90071 |
| 6 | Tel: (213) 985-7290 |

*Attorneys for Lead Plaintiff*
*and Lead Counsel for Class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-CV-03044-L-MDD<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT MOTION TO ENTER THE [PROPOSED] PROTECTIVE ORDER**<br><br>Magistrate Judge: Hon. Karen S. Crawford |
|---|---|

Pursuant to Your Honor's Chamber Rule VIII., Lead Plaintiff Natissisa Enterprises Ltd. (Lead Plaintiff), and Defendants Illumina, Inc., Francis A. Desouza, and Marc A. Stapley ("Defendants") (collectively, Lead Plaintiff and Defendants are referred to as the "Parties"), by and through their respective attorneys, jointly move as follows:

1. On May 11, 2018, the Parties participated in an initial Case Management Conference. During the conference, the Court requested that the Parties promptly submit a Proposed Protective Order.

2.  In accordance with the Court's direction, the Parties jointly submit the attached Proposed Protective Order for the Court's review, and respectfully request that it be entered in its entirety.  The Parties respectfully submit that the order includes provisions that are necessary and appropriate to govern the protection of confidential material produced in this action and related matters.

Accordingly, Lead Plaintiff and Defendants, through their undersigned attorneys, respectfully request the Court to issue an order entering the Proposed Protective Order.

Dated: May 25, 2018  /s/ Adam M. Apton
**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa St., 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Fax: (202) 333-2121
Email: aapton@zlk.com
Email: amccall@zlk.com

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt (Admitted *Pro Hac Vice*)
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Email: nporritt@zlk.com

*Attorneys for Lead Plaintiff and Lead Counsel for Class*

| | | |
|---|---|---|
| Dated: May 25, 2018 | | /s/ Mark Chen |

**COVINGTON & BURLING LLP**
Mark Chen (SBN 310450)
1999 Avenue of the Stars, Suite 1500
Los Angeles, California 90067
Telephone: +1 (424) 332-4800
mychen@cov.com

**COVINGTON & BURLING LLP**
Mark P. Gimbel (Admitted *Pro Hac Vice*)
C. William Phillips (Admitted *Pro Hac Vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000

*Attorneys for Defendants*

## **SIGNATURE ATTESTATION**

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By:  /s/ Adam M. Apton
     Adam M. Apton

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2018 I electronically filed the foregoing joint motion with the Clerk of the Court by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was automatically generated to the CM/ECF registrants on record. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Dated: May 25, 2018              s/ Adam M. Apton
                                 Adam M. Apton

CERTIFICATE OF SERVICE
Master File No. 3:16-CV-03044-L-MDD