1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Case No.: 3:16-cv-03044-L-KSC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND PARTIES' DISCOVERY MOTION DEADLINES**<br><br>[Doc. No. 60] |

Presently before the Court is the parties' Joint Motion to continue the dates by which they might file a joint motion for resolution of a discovery dispute. [Doc. No. 60]. The parties have exchanged initial requests for production and responses thereto and are in ongoing meet and confer efforts to resolve the disputed responses and objections. [*Id.* at p. 3]. This Court both encourages and expects the parties to take seriously their meet and confer obligations to minimize those issues that might require court resolution.

Good cause appearing, the Joint Motion is **GRANTED**.

IT IS HEREBY ORDERED the Parties shall have until **September 16, 2018** to file any Joint Motion for Determination of Discovery Dispute regarding Plaintiff's Response to Defendants' First Set of Requests for Production.

IT IS FURTHER ORDERED the Parties shall have until **September 26, 2018** to file any Joint Motion for Determination of Discovery Dispute regarding Defendants' Responses and Objections to Plaintiff's First Set of Requests for Production.

IT IS FURTHER ORDERED the Parties shall have until **October 10, 2018** to file any Joint Motion for Determination of Discovery Dispute regarding Defendants' Responses and Objections to Plaintiff's First Set of Interrogatories.

**IT IS SO ORDERED**.

Dated:  August 16, 2018

Hon. Karen S. Crawford
United States Magistrate Judge