Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
**LEVI & KORSINSKY, LLP**
445 South Figueroa Street, 31st Fl.
Los Angeles, California 90071
Telephone:  (213) 985-7290
Facsimile:  (202) 333-2121
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Lead Plaintiff Natissisa Enterprises Ltd. and Lead Counsel for Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-CV-03044-L-KSC  **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO FILE SECOND AMENDED COMPLAINT**  **Date:** October 8, 2018 **Time:** 10:30a.m. **Courtroom:** 5B (5th Floor - Schwartz) **Judge:** M. James Lorenz  Magistrate: Karen S. Crawford  Complaint Filed: December 16, 2016  **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

1

**TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE, that on October 8, 2018 at 10:30a.m., or as soon thereafter as counsel can be heard in Courtroom 5B of the above-entitled court located at 221 West Broadway, San Diego, CA, Lead Plaintiff Natissisa Enterprises Ltd. ("Plaintiff"), by and through its attorneys, Levi & Korsinsky, LLP, will move the Court for an order granting leave to file the Second Amended Class Action Complaint ("SAC"), for the sole purpose of adding Anton Agoshkov as a named plaintiff.

Plaintiff moves pursuant to Federal Rules of Civil Procedure 15. The motion to amend the complaint is in furtherance of justice and will not result in any prejudice to Defendants if granted.

Plaintiff bases its motion on this notice, the attached Memorandum of Points and Authorities, the accompanying Declaration of Adam M. Apton (including the proposed amended pleading in redline form) and any other evidence which may be permitted by the Court at the time of hearing.

Plaintiff requested Defendants consent in connection with the instant motion. Defendants have not consented to the motion.

Dated: September 12, 2018        **LEVI & KORSINSKY, LLP**

By:   s/ Adam M. Apton
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Fl.
Los Angeles, California 90071
Telephone: (213) 985-7290
Facsimile: (202) 333-2121
Email: aapton@zlk.com
Email: amccall@zlk.com

-and-

Nicholas I. Porritt (admitted *pro hac vice*)

2

**LEVI & KORSINSKY, LLP**
1101 30th Street NW, Suite 115
Telephone: (202) 524-4290
Facsimile: (202) 337-1567
Email: nporritt@zlk.com

*Attorneys for Lead Plaintiff Natissisa Enterprises Ltd. and Lead Counsel for Class*