Adam M. Apton (SBN 316506)
**LEVI & KORSINSKY LLP**
Email: aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Lead Plaintiff Natissisa Enterprises Ltd. and Lead Counsel for Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-CV-03044-L-KSC<br><br>**DECLARATION OF ADAM M. APTON**<br><br>Judge: Hon. M. James Lorenz |

I, ADAM M. APTON hereby declare that:

1. I am a partner of the law firm of Levi & Korsinsky, LLP. I represent Lead Plaintiff Natissisa Enterprises Ltd. ("Natissisa") and serve as lead counsel for the alleged class. I am licensed to practice in California, New York, and Washington, D.C. I am a member in good standing of the Bar of this Court. I make this Declaration in support of Plaintiff's Motion to File the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Natissisa seeks to amend the complaint for the purpose of adding Anton Agoshkov as a named plaintiff. Mr. Agoshkov has been, and remains, Natissisa's representative for the purposes of this litigation. Mr. Agoshkov managed Natissisa's investments while it was operating, including the purchase of Illumina

1  stock at issue in this lawsuit. Natissisa authorized Mr. Agoshkov to act on its behalf
2  in connection with this lawsuit pursuant to Powers of Attorney dated May 2016 and
3  March 2017. True and accurate copies of these Powers of Attorneys are attached
4  hereto as Exhibits A and B, respectively.

5      3.    In or around December 2017, Natissisa decided to commence
6  voluntary dissolution proceedings. As a result of Natissisa's decision to unwind,
7  Natissisa assigned its interests in this lawsuit to its ultimate beneficial owner,
8  Oleksandr Agoshkov, in order to avoid potential delay or districation associated
9  with the dissolution proceedings. Oleksandr Agoshkov, in turn, assigned Natissisa's
10 interests in the lawsuit to Anton Agoshkov in light of his involvement in the
11 litigation. True and accurate copies of these Assignments are attached hereto as
12 Exhibits C and D, respectively.

13     4.    A copy of Natissisa's proposed amended pleading in redline form is
14 attached hereto as Exhibit E.

15     5.    Natissisa attempted to obtain Defendants' consent in connection with
16 the instant motion. On September 5, 2018, Natissisa advised Defendants of its intent
17 to seek leave to amend for the purpose of adding Mr. Agoshkov as an additional
18 named plaintiff. The parties discussed the motion on at least two occasions since
19 that date. Natissisa also provided Defendants a draft copy of their brief in support
20 of the motion in advance of filing. Defendants have indicated that they are not in a
21 position to consent to the motion at this point in time.

22     I declare under the penalty of perjury and the laws of the state of California
23 that the foregoing is true to the best of my knowledge.

24

25 Dated: September 12, 2018        s/ Adam M. Apton
                                             Adam M. Apton

26

27

28