1  Adam M. Apton (SBN 316506)
2  Adam C. McCall (SBN 302130)
   **LEVI & KORSINSKY, LLP**
3  445 South Figueroa Street, 31st Fl.
4  Los Angeles, California 90071
   Telephone: (213) 985-7290
5  Facsimile: (202) 333-2121
6  Email: aapton@zlk.com
   Email: amccall@zlk.com
7
8  *Attorneys for Lead Plaintiff Natissisa*
   *Enterprises Ltd. and Lead Counsel for Class*
9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-CV-03044-L-KSC |
|---|---|
| | **PROOF OF SERVICE** |

I, Adam M. Apton, hereby certify that on September 12, 2018, copies of the foregoing motion and accompanying documents were served by electronic mail upon counsel as follows:

**COVINGTON & BURLING LLP**
Mark Chen (SBN 310450)
1999 Avenue of the Stars, Suite 1500
Los Angeles, California 90067
Tel: (424) 332-4800
mychen@cov.com

**COVINGTON & BURLING LLP**
Mark P. Gimbel (Admitted *Pro Hac Vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000

1

1 | mgimbel@cov.com

Dated: September 12, 2018      /s/ Adam M. Apton
                               Adam M. Apton