Adam M. Apton (SBN 316506)
**LEVI & KORSINSKY, LLP**
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Attorneys for Lead Plaintiff Natissisa Enterprises Ltd., Plaintiff Anton Agoshkov, and Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-cv-03044-L-KSC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, ADAM M. APTON, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm of Levi & Korsinsky, LLP, appointed by the Court as Lead Counsel in this action. I am licensed to practice law in New York, California, and Washington, D.C. I am a member of the Bar of this Court. I am personally involved in the representation of Lead Plaintiff Natissisa Enterprises Ltd., Plaintiff and proposed class representative Anton Agoshkov, and the proposed class, and submit this declaration in support of Plaintiffs' motion for class certification. I have personal knowledge of the matters set forth herein and, if necessary, could and would testify to them.

2. Attached hereto as Exhibit 1 is the firm resume for Levi & Korsinsky, LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September, 2018.

                            s/ Adam M. Apton
                            Adam M. Apton