# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-cv-03044-L-KSC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ANTON AGOSHKOV IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, ANTON AGOSHKOV, declare as follows:

1. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. On March 30, 2017, the Court appointed Natissisa Enterprises Ltd. ("Natissisa") as the lead plaintiff in this action. The sole director of Natissisa is Polyxeni Iasonos. The ultimate beneficial owner of Natissisa is my father, Oleksandr Agoshkov. I managed the investments of Natissisa and, in that capacity, purchased the Illumina securities at issue in this action on behalf of Natissisa. I have extensive experience in investing. By profession, I am a wealth manager and have worked for several investment banks and investment managers during my career in finance.

3.      On January 20, 2017, in support of Natissisa's motion for lead plaintiff, I signed a certification confirming that Natissisa was willing to serve as lead plaintiff on behalf of the class by, among other things, providing testimony at deposition and trial, if necessary. A true and correct copy of the certification is attached hereto as Exhibit A. I was authorized to sign this certification pursuant to a Power of Attorney dated May 13, 2016 executed by Ms. Iasonos on behalf of Natissisa. A true and correct copy of this Power of Attorney is attached hereto as Exhibit B.

4.      On March 3, 2017, Ms. Iasonos executed an additional Power of Attorney reaffirming my authority to act on behalf of Natissisa in connection with the above litigation. A true and correct copy of the March 2017 Power of Attorney is attached hereto as Exhibit C.

5.      On or around December 1, 2017, Natissisa decided to commence voluntary dissolution proceedings to unwind the company. Natissisa is currently in liquidation. Natissisa does not have any creditors. When the liquidation is complete, Natissisa's assets will revert to the company's beneficial owner, Oleksandr Agoshkov.

6.      In order to prevent the dissolution proceedings from interfering with this action, Natissisa assigned its interests in this action to its ultimate beneficial owner, Oleksandr Agoshkov, on December 26, 2017. A true and correct copy of the December 2017 Assignment is attached hereto as Exhibit D. Oleksandr Agoshkov, in turn, assigned his interest in the action to me on March 21, 2018. A true and correct copy of the March 2018 Assignment is attached hereto as Exhibit E.

7.      As the individual responsible for causing Natissisa to purchase the Illumina securities at issue, I am most familiar with the allegations in this action and therefore have been acting as Natissisa's representative since being appointed lead plaintiff. I have monitored the litigation by reviewing pleadings, motions, and other discovery documents. I routinely communicate with my attorneys, Levi & Korsinsky, LLP, and have supervised their handling of this matter since the case began. I have also participated in the course of discovery thus far.

8. In moving for class certification, I am seeking to be appointed as class representative for the Class (as that term is defined in the Complaint). I am willing to serve as class representative for the Class by, among other things, continuing to monitor the litigation, supervise lead counsel, participate in discovery, and communicate with my attorneys on a regular basis. I will also remain committed to obtaining the largest possible recovery for the Class.

9. I support the accompanying motion to have Levi & Korsinsky, LLP certified as class counsel based on the firm's substantial experience and expertise in prosecuting securities class actions and the significant work it has completed in this case. To date, the attorneys at Levi & Korsinsky, LLP have demonstrated an exceptional understanding of the subject matter of this case and an expertise in the field of securities litigation. I believe that Levi & Korsinsky, LLP possesses the necessary financial and human resources to effectively and successfully prosecute this case through trial and any post-trial appeals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of September 2018.

_____
ANTON AGOSHKOV