# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| Yi Fan Chen et al. | | Civil No. 16-cv-3044 |
|---|---|---|
| | **Plaintiff,** | |
| v. | | **PRO HAC VICE APPLICATION** |
| Illumina, Inc., et al. | **Defendant.** | Illumina, Inc. |
| | | Party Represented |

I, __Jordan S. Joachim__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Covington & Burling LLP
Street address: 620 Eighth Ave
City, State, ZIP: New York, NY 10018-1405
Phone number: 212-841-1086
Email: jjoachim@cov.com

That on __Jun 27, 2016__ (Date)   I was admitted to practice before __all New York state courts__ (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not)   concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application:  ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

| Mark Y. Chen | 424-332-4774 |
|---|---|
| (Name) | (Telephone) |

Covington & Burling LLP
(Firm)

1999 Avenue of the Stars, Suite 3500, Los Angeles, CA 90067-6045
(Street)        (City)        (Zip code)

_(Signature of Applicant)_

I hereby consent to the above designation.

_(Signature of Designee Attorney)_