# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YI FAN CHEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ILLUMINA, INC., et al., <br><br> Defendants. | Case No.: 3:16-cv-03044-L-KSC <br><br> **SCHEDULING ORDER RE PLAINTIFF'S MOTION TO AMEND/CORRECT AMEND COMPLAINT [ECF No. 62]** |

On September 12, 2018, Plaintiff filed a Motion to File Second Amended Complaint [Doc. 62]. In anticipation of filing that motion, Plaintiff's counsel contacted chambers and was given a hearing date of October 8, 2018. However, in light of Civil Local Rule 7.1(e)(1), that date would not provide the parties a full 28-day briefing schedule. As such, the Court continues the hearing two days, to **October 15, 2018** at **10:30 a.m.**, in order that no party be prejudiced in briefing. No oral argument shall be heard unless order by the Court. The parties shall file their response and reply in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: September 17, 2018

Hon. M. James Lorenz
United States District Judge