MARK P. GIMBEL
(*pro hac vice*; NY Registration No. 2998102)
C. WILLIAM PHILLIPS
(*pro hac vice*; NY Registration No. 1885573)
RUSSELL M. SQUIRE
(*pro hac vice*; NY Registration No. 5225479)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
Fax: (646) 441-9161

MARK Y. CHEN (Bar No. 310450)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067
Tel: (424) 332-4800
Fax: (424) 332-4749
mychen@cov.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-CV-03044-L-KSC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR AN ORDER TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT**<br><br>Date and Time: To be determined by Court, if necessary<br><br>Judge: Hon. M. James Lorenz<br><br>Magistrate: Hon. Karen S. Crawford |

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR AN ORDER TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT

16-CV-3044-L-KSC

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Illumina, Inc., Francis A. deSouza, and Marc A. Stapley hereby move the Court for an order permitting the filing under seal of the confidential portions of Defendants' Opposition to Plaintiff's Motion to File Second Amended Complaint.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all records and papers on file in this action, and any evidence or oral argument offered at any hearing on this Motion.

Respectfully submitted,

Dated: October 1, 2018

COVINGTON & BURLING LLP

By:   */s/ Mark P. Gimbel*
      Mark P. Gimbel

Mark P. Gimbel (admitted *pro hac vice*)
C. William Phillips (admitted *pro hac vice*)
Russell M. Squire (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
Email: mgimbel@cov.com

Mark Y. Chen (SBN 310450)
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067
Tel: (424) 332-4800
Email: mychen@cov.com

*Attorneys for Defendants*

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR AN ORDER TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT

16-CV-3044-L-KSC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the following document has been served on October 1, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4:

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR AN ORDER TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT**

Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct and that this certificate of service was executed on October 1, 2018 at New York, New York.

*/s/ Mark P. Gimbel*
Mark P. Gimbel

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR AN ORDER TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT

16-CV-3044-L-KSC