Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
LEVI & KORSINSKY, LLP
445 South Figueroa Street, 31st Fl.
Los Angeles, California 90071
Telephone: (213) 985-7290
Facsimile: (202) 333-2121
Email: aapton@zlk.com
Email: amccall@zlk.com

*Counsel for Lead Plaintiff and*
*Lead Counsel for Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-CV-03044-L-MSB<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE HOLDING RULING ON MOTION FOR CLASS CERTIFICATION IN ABEYANCE**<br><br>Judge: Hon. M. James Lorenz |
|---|---|

Pursuant to the Court's Order dated April 25, 2019, Plaintiff Natissisa Enterprises Ltd. ("Natissisa") and Defendants Illumina, Inc. ("Illumina"), Francis A. deSouza, and Marc A. Stapley, by and through their respective attorneys, provide the following status update concerning their settlement discussions.

The parties attended a full-day private mediation session on April 18, 2019 before David Geronemus, Esq., of JAMS. The parties were able to reach a tentative agreement during the mediation to resolve all claims in the pending action as well as the related action pending before this Court styled *Van Der Wall et ano. v. Illumina Inc., et al.*, No. 3:2018-cv-02307 (filed on October 4, 2018).

Since the mediation, the parties have been working diligently on drafting the formal settlement documents necessary for seeking preliminary approval of a class action settlement. These documents include a stipulation of settlement, proposed order for preliminary approval of the settlement, draft notice documents to provide to potential class members, and a proposed form of final judgment. The parties have already exchanged comments and revisions on the drafts, but anticipate needing an additional two weeks to finalize the materials as the settlement documents are lengthy and complex and must be reviewed and approved not only by each of the parties, but by the Defendants' relevant insurers.

For the foregoing reasons, the parties respectfully request that the Court grant the parties an additional two weeks to finalize the settlement documents. At that time, Natissisa expects to present the settlement to the Court for preliminary approval. The parties also respectfully request that, in the meantime, the Court continue to hold in abeyance its decision on Plaintiff's Motion for Class Certification (ECF No. 63).

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: May 28, 2019 | COVINGTON & BURLING LLP |
|  | By: */s/ Mark P. Gimbel*<br>    Mark P. Gimbel |
|  | Mark P. Gimbel (admitted *pro hac vice*)<br>C. William Phillips (admitted *pro hac vice*)<br>Jordan S. Joachim (admitted *pro hac vice*)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212) 841-1000<br>Email: mgimbel@cov.com |
|  | Mark Y. Chen (SBN 310450)<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, California 90067<br>Tel: (424) 332-4800<br>Email: mychen@cov.com |
|  | *Attorneys for Defendants* |
| Dated: May 28, 2019 | LEVI & KORSINSKY, LLP |
|  | By: */s/ Adam M. Apton*<br>    Adam M. Apton |
|  | Adam M. Apton (SBN 316506)<br>Adam C. McCall (SBN 302130)<br>445 South Figueroa St., 31st Floor<br>Los Angeles, CA 90071<br>Tel: 213/985-7290<br>Fax: 202/333-2121<br>Email: aapton@zlk.com<br>Email: amccall@zlk.com |
|  | LEVI & KORSINSKY LLP<br>Nicholas I. Porritt (admitted *pro hac vice*)<br>1101 30th Street NW, Suite 115<br>Washington, DC 20007<br>Tel: 202/524-4290<br>Fax: 202/333-2121<br>Email: nporritt@zlk.com |
|  | *Attorneys for Lead Plaintiff and Lead Counsel for Class* |

**SIGNATURE ATTESTATION**

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: */s/ Adam M. Apton*
Adam M. Apton

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the following document has been served on May 28, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4:

**JOINT MOTION TO HOLD RULING ON MOTION FOR CLASS CERTIFICATION IN ABEYANCE**

Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct and that this certificate of service was executed on May 28, 2019.

*/s/ Adam M. Apton*
Adam M. Apton