# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Case No. 3:16-CV-03044-L-MSB<br><br>**ORDER GRANTING JOINT MOTION TO HOLD RULING ON MOTION FOR CLASS CERTIFICATION IN ABEYANCE [ECF NO. 93]** |

1 | Having considered the Joint Status Report and Request to Continue Holding
2 | Ruling on Motion for Class Certification in Abeyance and for good cause shown:
3 | IT IS HEREBY ORDERED that the Court will stay its ruling on Plaintiff's
4 | Motion for Class Certification, allowing the parties to finalize any necessary
5 | settlement paperwork and Plaintiff to file a motion for preliminary approval of the
6 | settlement with the Court.
7 | IT IS ALSO ORDERED that the parties shall provide the Court with notice of
8 | settlement or a status update no later than **June 11, 2019**.

Dated:  May 29, 2019

*/s/ M. James Lorenz*
HON. M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO HOLD
RULING ON MOTION FOR CLASS
CERTIFICATION IN ABEYANCE
16-CV-03044-L-MSB

1