1  **LEVI & KORSINSKY, LLP**
   Adam M. Apton (SBN 316506)
2  Email: aapton@zlk.com
   445 South Figueroa St., 31st Floor
3  Los Angeles, CA  90071
4  Tel:  213/985-7290
   Fax:  202/333-2121
5

6  *Lead Counsel and Attorneys for Lead*
   *Plaintiff Natissisa Enterprises Ltd.,*
7  *Plaintiffs Anton Agoshkov, Braden Van Der*
8  *Wall, and Steven Romanoff*

9

10 **UNITED STATES DISTRICT COURT**

11 **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

12

| IN RE ILLUMINA, INC. SECURITIES LIGITATION | Master File No. 3:16-cv-03044-L-MSB<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION OF PLAINTIFFS FOR AN ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING DISSEMINATION OF NOTICE TO THE CLASS**<br><br>Date:  July 29, 2019<br>Time:  10:30 a.m.<br>Room:  Courtroom 5B, 5th Floor<br>Judge:  Hon. M. James Lorenz<br><br>**NO ORAL ARGUMENT SHALL BE HEARD UNLESS ORDERED BY THE COURT** |
|---|---|

NOTICE OF MOTION AND MOTION
3:16-cv-03044-L-MSB

**PLEASE TAKE NOTICE** that Anton Agoshkov, individually and as the putative assignee of the claims of Lead Plaintiff Natissisa Enterprises Ltd., and Plaintiffs Braden Van Der Wall and Steven Romanoff (collectively, "Plaintiffs") on behalf of themselves and each of the Settlement Class Members, by their counsel, hereby move this Court pursuant to Federal Rule of Civil Procedure 23(e) for an order: (1) granting preliminary approval of the Stipulation and Agreement of Settlement (together with its exhibits, the "Settlement" or "Stipulation") (filed herewith); (2) granting provisional certification of the Settlement Class for the purposes of the Settlement; and (3) directing dissemination of notice to the Settlement Class.  The Motion is set for hearing at 10:30 a.m. on July 29, 2019, in the courtroom of the Honorable M. James Lorenz, United States District Court, Southern District of California, 221 West Broadway San Diego, CA 92101.

**PLEASE TAKE FURTHER NOTICE** that Defendants have reviewed this Notice of Motion, Motion, and the accompanying Memorandum of Points and Authorities in Support thereof and have represented that they do not intend to oppose this Motion.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities in Support thereof; the Stipulation and the exhibits filed therewith (Exhibit 1[1]); the Declaration of Adam M. Apton (Exhibit 2); the Declaration of Luiggy Segura on behalf of JND Legal Administration (Exhibit 3); all other pleadings and papers filed in this action; and such other matters as may be presented to the Court before or at the time of the hearing.

---

[1] The Stipulation contains the following exhibits: Proposed Preliminary Approval Order (Exhibit A); Notice (Exhibit A-1); Proof of Claim (Exhibit A-2); Summary Notice (Exhibit A-3); Proposed Final Approval Order and Judgment (Exhibit B); and Consent to Magistrate Judge (Exhibit C). The Stipulation is being filed as an exhibit to this Motion pursuant to Civil Local Rule 7.2(b).

1
2  Dated: June 11, 2019                    Respectfully submitted,
3
4                                           *s/ Adam M. Apton*
                                            **LEVI & KORSINSKY, LLP**
5                                           Adam M. Apton (SBN 316506)
                                            Adam C. McCall (SBN 302130)
6                                           445 South Figueroa Street, 31st Floor
7                                           Los Angeles, CA 90071
                                            Tel: (213) 985-7290
8                                           Fax: (202) 333-2121
9                                           Email: aapton@zlk.com
                                            Email: amccall@zlk.com
10
11                                          -and-
12
                                            **LEVI & KORSINSKY, LLP**
13                                          Nicholas I. Porritt (*admitted pro hac vice*)
                                            1101 30th Street NW, Suite 115
14                                          Washington, DC 20007
15                                          Tel: (202) 524-4290
                                            Fax: (202) 333-2121
16                                          Email: nporritt@zlk.com
17
                                            *Lead Counsel and Attorneys for Lead*
18                                          *Plaintiff Natissisa Enterprises Ltd.,*
                                            *Plaintiffs Anton Agoshkov, Braden Van*
19                                          *Der Wall, and Steven Romanoff*
20
21
22
23
24
25
26
27
28