UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Case No.: 3:16-cv-3044-L-MSB<br><br>**ORDER DENYING MOTION AS MOOT [ECF No. 63]** |

Pending before the Court is the Plaintiffs' unopposed motion for preliminary approval of class action settlement [ECF No. 95]. In that motion, Plaintiffs move the Court pursuant to Federal Rule of Civil Procedure 23(e) to do the following: (1) grant preliminary approval of the settlement and stipulation, (2) grant provisional certification of the settlement class for settlement purposes, and (3) direct dissemination of the class settlement notice. In light of the instant motion, the Court hereby **DENIES AS MOOT** Plaintiffs' previously-filed motion for class certification [ECF No. 63].

Dated: June 12, 2019

*M. James Lorenz*
Hon. M. James Lorenz
United States District Judge