Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
LEVI & KORSINSKY, LLP
445 South Figueroa Street, 31st Fl.
Los Angeles, California 90071
Telephone: (213) 985-7290
Facsimile: (202) 333-2121
Email: aapton@zlk.com
Email: amccall@zlk.com

*Counsel for Lead Plaintiff and
Lead Counsel for Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-CV-03044-L-MSB<br><br>**JOINT MOTION TO VACATE THE MANDATORY SETTLEMENT CONFERENCE**<br><br>Judge: Hon. M. James Lorenz<br><br>Magistrate Judge Michael S. Berg |
|---|---|

WHEREAS, on December 18, 2018 the Court ordered a Mandatory Settlement Conference set for October 11, 2019, with confidential settlement statements due October 4, 2019. (ECF No. 84).

WHEREAS, on June 11, 2019 the parties entered into a Stipulation of Settlement intended by the parties to fully, finally, and forever compromise, resolve, discharge, and settle the claims and result in the complete dismissal of this Consolidated Action. (ECF No. 95-2).

WHEREAS, on June 11, 2019, Plaintiffs filed with the Court an Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion"). Pursuant to Local Civil Rule 7.1(b), Plaintiffs noticed the Motion for July 29, 2019. (ECF No. 95).

WHEREAS, on July 16, 2019, Plaintiffs filed with the Court a Notice of Non-Opposition confirming that no opposition to the Motion had been filed. (ECF No. 97).

WHEREAS, although the Court has not yet decided the Motion, the Parties believe that the upcoming Mandatory Settlement Conference is not necessary in light of the pending settlement agreement.

NOW, THEREFORE, having met and conferred, the Parties have agreed to and respectively submit for approval by the Court that the Mandatory Settlement Conference and accompanying deadline to submit confidential settlement statements be vacated in light of Plaintiffs' pending Motion.

|   |   |
|---|---|
|   | Respectfully Submitted, |
| Dated: September 17 , 2019 | COVINGTON & BURLING LLP |
|   | By: */s/ Mark P. Gimbel*<br>     Mark P. Gimbel |
|   | Mark P. Gimbel (admitted *pro hac vice*)<br>C. William Phillips (admitted *pro hac vice*)<br>Jordan S. Joachim (admitted *pro hac vice*)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212) 841-1000<br>Email: mgimbel@cov.com |
|   | Mark Y. Chen (SBN 310450)<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, California 90067<br>Tel: (424) 332-4800<br>Email: mychen@cov.com |
|   | *Attorneys for Defendants* |
| Dated: September 17, 2019 | LEVI & KORSINSKY, LLP |
|   | By: */s/ Adam M. Apton*<br>     Adam M. Apton |
|   | Adam M. Apton (SBN 316506)<br>Adam C. McCall (SBN 302130)<br>445 South Figueroa St., 31st Floor<br>Los Angeles, CA 90071<br>Tel: 213/985-7290<br>Fax: 202/333-2121<br>Email: aapton@zlk.com<br>Email: amccall@zlk.com |
|   | LEVI & KORSINSKY LLP<br>Nicholas I. Porritt (admitted *pro hac vice*)<br>1101 30th Street NW, Suite 115<br>Washington, DC 20007<br>Tel: 202/524-4290<br>Fax: 202/333-2121<br>Email: nporritt@zlk.com |
|   | *Attorneys for Lead Plaintiff and Lead Counsel for Class* |

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: */s/ Adam M. Apton*
   Adam M. Apton