1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

IN RE ILLUMINA, INC.
SECURITIES LITIGATION

Master File No. 3:16-cv-03044-L-MSB

**ORDER GRANTING JOINT
MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT
MODIFICATIONS [DOC. 103]**

Having considered the papers filed in support of the parties' Joint Motion for Preliminary Approval of Settlement Modifications the Court hereby ORDERS as follows:

1. The Joint Motion for Preliminary Approval of Settlement Modifications is granted [doc. 103]; and

2. The Court preliminarily approves the settlement modifications described in the Joint Motion for Preliminary Approval of Settlement Modifications and finds that such modifications satisfy the conditions set forth in its Order Conditionally Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement [doc. 102].

**IT IS SO ORDERED.**

Dated: January 8, 2020

Hon. M. James Lorenz
United States District Judge