Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
LEVI & KORSINSKY, LLP
445 South Figueroa Street, 31st Fl.
Los Angeles, California 90071
Telephone:  (213) 985-7290
Facsimile:  (212) 363-7171
Email: aapton@zlk.com
Email: amccall@zlk.com

*Counsel for Lead Plaintiff and
Lead Counsel for Class*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Master File No. 3:16-CV-03044-L-MSB |
| | **JOINT MOTION FOR ENTRY OF FINAL APPROVAL ORDER** |
| | Judge: Hon. M. James Lorenz |
| | Magistrate Judge Michael S. Berg |

TO:   THE COURT AND ALL COUNSEL OF RECORD

The Parties hereby respectfully request that the Court enter the attached (revised) proposed Final Approval Order in connection with the Settlement, as follows:

WHEREAS, this class action lawsuit alleging securities fraud claims under the Securities Exchange Act of 1934 was initially commenced on December 16, 2016;

WHEREAS, on June 11, 2019, Anton Agoshkov, individually and as the putative assignee of Lead Plaintiff Natissisa Enterprises, Braden Van Der Wall, and Steven Romanoff (hereinafter, collectively, "Plaintiffs") reached a proposed settlement with the Defendants;

WHEREAS, on March 2, 2020, Plaintiffs moved for: final approval of the settlement (ECF No. 105); and for an award of attorneys' fees, reimbursement of expenses, and incentive awards (ECF No. 106) (together, the "Motions");

WHEREAS, on March 2, 2020 Plaintiffs submitted a Proposed Final Judgment and Order of Dismissal with Prejudice, which listed the Patrick Reilly Trust, acting on behalf of the estate of purported class member Patrick Reilly, as a party that had requested exclusion from the Class;

WHEREAS, on April 6, 2020, Plaintiffs filed a reply in further support of the Motions indicating, among other things, that no one had objected to the settlement and only two parties requested exclusion from the settlement: (1) the Patrick Reilly Trust on behalf of purported class member Patrick Reilly, and (2) Robert Fisher, whose request was received following the date on which the proposed form of Final Judgment and Order of Dismissal with Prejudice had been submitted by Plaintiffs (ECF No. 108);

WHEREAS, on April 8, 2020, the Court vacated the hearing scheduled for April 20, 2020 and deemed the Motions submitted without oral argument pursuant to Civil Local Rule 7.1(d)(1) (ECF No. 109);

WHEREAS, on April 9, 2020, Defendants filed a Response to Request for Exclusion (ECF No. 110) asserting that the request for exclusion submitted by the Patrick Reilly Trust, on behalf of purported class member Patrick Reilly, was invalid because it does not provide the information required under the Court's Order Conditionally Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 102);

WHEREAS, having met and conferred, the Parties agree that the request for exclusion sent by the Patrick Reilly Trust, on behalf of the estate of purported class member Patrick Reilly (ECF No. 108-1), is invalid because it does not provide the information required under the Court's Order Conditionally Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 102);

NOW, THEREFORE, the Parties respectfully submit the attached revised Proposed Final Judgment and Order of Dismissal with Prejudice ("Revised Proposed Final Judgment"), which has been revised to reflect that only Robert Fisher has submitted a valid request for exclusion, and respectfully request that the Court enter the Revised Proposed Final Judgment should it meet with the Court's approval.

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: */s/ Adam M. Apton*
Adam M. Apton

Respectfully Submitted,

Dated:  May 29, 2020

COVINGTON & BURLING LLP

By: /s/  Mark P. Gimbel
    Mark P. Gimbel

Mark P. Gimbel (admitted *pro hac vice*)
C. William Phillips (admitted *pro hac vice*)
Jordan S. Joachim (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
Email: mgimbel@cov.com

Mark Y. Chen (SBN 310450)
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067
Tel: (424) 332-4800
Email: mychen@cov.com

*Attorneys for Defendants*

Dated:  May 29, 2020

LEVI & KORSINSKY, LLP

By: /s/ Adam M. Apton
    Adam M. Apton

Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa St., 31st Floor
Los Angeles, CA 90071
Tel: 213/985-7290
Fax: 212/363-7171
Email: aapton@zlk.com
Email: amccall@zlk.com

LEVI & KORSINSKY LLP
Nicholas I. Porritt (admitted *pro hac vice*)
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: 202/524-4290
Fax: 212/363-7171
Email: nporritt@zlk.com

*Attorneys for Lead Plaintiff and Lead
Counsel for Class*

JOINT MOTION FOR ENTRY OF FINAL APPROVAL ORDER

16-CV-3044-L-MSB