

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yi Fan Chen; (see attachment) | **Civil Action No.**  16-cv-03044-L-MSB |
| **Plaintiff,** | |
| **V.** | |
| Illumina, Inc.; (see attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The final approval of Class Settlement is granted. The application for Attorneys' fees, costs, and Class Representative service awards is granted in part and denied in part. The disbursement of funds is granted. The Complaint is dismissed with prejudice.

**Date:**        3/17/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Petersen

J. Petersen, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.   16-cv-03044-L-MSB

Yi Fan Chen; Frontline Global Trading Pte. Ltd.,
Individually and on Behalf of All Others Similarly
Situated; Natissisa Enterprise Ltd.; James McLeod
Individually and on Behalf of All Others Similarly
Situated;

_____
                    Plaintiffs,


                    V.


Illumina, Inc.; Francis A. Desouza; Marc A. Stapley;
Batali and Greenwald; City of Hartford Municipal Employees'
Retirement Fund; Anton Agoshkov

_____
                    Defendants